# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 05, 2024

CORRECTED NOTICE

Ms. Munera Al-Fuhaid
Office of the Attorney General of Texas
P.O. Box 12548
Austin, TX 78711-2548

Ms. Heather Lee Dyer
Office of the Attorney General
General Litigation Division
P.O. Box 12548 (MC-019)
Capitol Station
Austin, TX 78711-2548

Ms. Amy Snow Hilton
Office of the Attorney General
Special Litigation Division
P.O. Box 12548
 (MC-019)
Austin, TX 78711

Ms. Kateland R. Jackson
Office of the Attorney General
Office of the Solicitor General
209 W. 14th Street
7th Floor
Austin, TX 78701

Mr. Joseph N. Mazzara
Office of the Texas Attorney General
Solicitor General Division
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Mr. Aaron Lloyd Nielson
Office of the Texas Attorney General
Solicitor General Division
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Mr. Jacob Przada
Office of the Attorney General of Texas
Special Litigation Division
P.O. Box 12548
(MC-009)
Austin, TX 78711-2548

Mr. Kyle Tebo
Office of the Attorney General
P.O. Box 12548
Capitol Station
Austin, TX 78711-2548

Mr. Ryan Daniel Walters
Office of the Texas Attorney General
Special Litigation Division
209 W. 14th Street
7th Floor
Austin, TX 78701

Mr. Coy Allen Westbrook
Office of the Attorney General of Texas
Office of the Solicitor General
P.O. Box 12548 (MC 059)
Austin, TX 78711-2548

    No. 24-50149   USA v. State of Texas
                           USDC No. 1:24-CV-8
                           USDC No. 1:23-CV-1537

Dear Counsel,

In light of the court's order of March 2, 2024 granting expedition of the above captioned appeal, please adhere to the following expedited briefing schedule. Once electronic briefs are accepted for filing, please provide the paper copies **via overnight delivery.**

- Appellants' brief is due **by 5:00pm** on 03/13/2024
- Appellees' brief is due **by 5:00pm** on 03/21/2024
- Appellants' reply brief is due **by 5:00 pm** due on 03/26/2024

The case is tentatively calendared for oral argument the week of April 1, 2024. A copy of the court's printed calendar indicating the exact date and time of the hearing will be provided prior to the hearing date. Please adhere to the expedited briefing schedule without requesting extensions in order to ensure the availability of the briefs to the court prior to oral argument.

Record Excerpts: 5th Cir. R. 30.1.7(c) provides that the electronic PDF version of the record excerpts should contain pages representing the "tabs" identified in the index of the document. However, we remind attorneys that the actual paper copies of record

excerpts filed with the court must contain actual physical tabs that extend beyond the edge of the document, to facilitate easy identification and review of tabbed documents.

Brief Covers: THE CASE CAPTION(S) ON BRIEF COVERS MUST BE EXACTLY THE SAME AS THE CASE CAPTION(S) ON THE ENCLOSED TITLE CAPTION SHEET(S). YOU WILL HAVE TO CORRECT ANY MODIFICATIONS YOU MAKE TO THE CAPTION(S) BEFORE WE SUBMIT YOUR BRIEF TO THE COURT.

Dismissal of Appeals: The clerk may dismiss appeals without notice if you do not file a brief on time, or otherwise fail to comply with the rules.

Appearance Form: If you have not electronically filed a "Form for Appearance of Counsel," you must do so within 14 days of this date. You must name each party you represent, See Fed. R. App. P. and 5th Cir. R. 12. The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov.

ATTENTION ATTORNEYS: Direct access to the electronic record on appeal (EROA) for pending appeals will be enabled by the U S District Court on a per case basis. Counsel can expect to receive notice once access to the EROA is available. Counsel must be approved for electronic filing and must be listed in the case as attorney of record before access will be authorized. Instructions for accessing and downloading the EROA can be found on our website at http://www.ca5.uscourts.gov/docs/default-source/forms/instructions-for-electronic-record-download-feature-of-cm. Additionally, a link to the instructions will be included in the notice you receive from the district court.

Sealed documents, except for the presentence investigation report in criminal appeals, will not be included in the EROA. Access to sealed documents will continue to be provided by the district court only upon the filing and granting of a motion to view same in this court.

**Guidance Regarding Citations in Pleadings.**

5th Cir. R. 28.2.2 grants the Clerk the authority to create a standard format for citation to the electronic record on appeal. You must use the proper citation format when citing to the electronic record on appeal.

- A. In single record cases, use the short citation form, "ROA" followed by a period, followed by the page number. For example, "ROA.123."

- B. For multiple record cases, cite "ROA" followed by a period, followed by the Fifth Circuit appellate case number of the record referenced, followed by a period, followed by the page of the record. For example, "ROA.13-12345.123.".

- C. Please note each individual citation must end using a termination of a period (.) or semicolon (;).

Brief Template: The clerk's office offers brief templates and the ability to check the brief for potential deficiencies prior to docketing to assist in the preparation of the brief. To access

these options, log in to CM/ECF and from the Utilities menu, select 'Brief Template' (Counsel Only) or 'PDF Check Document'.

**Reminder as to Sealing Documents on Appeal:** Our court has a strong presumption of public access to our court's records, and the court scrutinizes any request by a party to seal pleadings, record excerpts, or other documents on our court docket. Counsel moving to seal matters must explain in particularity the necessity for sealing in our court. Counsel do not satisfy this burden by simply stating that the originating court sealed the matter, as the circumstances that justified sealing in the originating court may have changed or may not apply in an appellate proceeding. It is the obligation of counsel to justify a request to file under seal, just as it is their obligation to notify the court whenever sealing is no longer necessary. An unopposed motion to seal does not obviate a counsel's obligation to justify the motion to seal.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686

Enclosure(s)

cc w/encl:
    Mr. Spencer Amdur
    Mr. Anand Balakrishnan
    Mr. Maxwell A. Baldi
    Ms. Jo Anne Bernal
    Mr. Brian Boynton
    Mr. Lee P. Gelernt
    Ms. Tamara Goodlette
    Mr. Daniel Hatoum
    Mr. Omar C. Jadwat
    Ms. Jean Lin
    Mr. Leif Eric Overvold
    Ms. Adriana Cecilia Pinon
    Mr. Samuel M. Shapiro
    Mr. Daniel Bentele Hahs Tenny
    Mr. Erin D. Thorn
    Mr. Cody Wofsy

Case No. 24-50149

United States of America,

        Plaintiff - Appellee

v.

State of Texas; Greg Abbott, in his official capacity as Governor of Texas; Texas Department of Public Safety; Steven C. McCraw, in his official capacity as Director of Texas Department of Public Safety,

        Defendants - Appellants

---

Las Americas Immigrant Advocacy Center; American Gateways; County of El Paso, Texas,

        Plaintiffs - Appellees

v.

Steven C. McCraw, in his official capacity as Director of the State of Texas Department of Public Safety,

        Defendant - Appellant