# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 05, 2024

No. 24-50149     USA v. State of Texas
                 USDC No. 1:24-CV-8
                 USDC No. 1:23-CV-1537

Dear Counsel,

The above referenced case has been scheduled for oral argument on 04/03/2024. It will be held in New Orleans - West Courtroom at 9:00 a.m. The Oral Argument session number is 37.

**Arguing counsel is responsible for electronically filing the Oral Argument Acknowledgment Form by no later than March 19, 2024.** To submit your form, log in to CM/ECF and select the event 'Oral Argument Acknowledgment Form Filed.' Please include your session number when completing the Oral Argument Acknowledgment Form.

IMPORTANT: Please confer with all counsel on your side regarding the order and division of time before submitting the form. This step is critical to ensure you are providing the court with accurate information. The court will not allow any changes except in emergency situations.

**The Oral Argument Acknowledgment Form is available on our website at https://www.ca5.uscourts.gov/oral-argument-information/attending-oral-arguments.** Also available on this page are links to the 'Court and Special Hearings Calendar' and 'Court Policy on Electronic Devices'.

If you have not electronically filed a "Form for Appearance of Counsel," you must do so before filing the Oral Argument Acknowledgment Form. You must name each party you represent, See Fed. R. App. P. and 5th Cir. R. 12. The form is available at https://www.ca5.uscourts.gov/appearanceform. Attorneys appointed under the Criminal Justice Act are exempt from the requirement to file a Form for Appearance of Counsel.

To ensure that we can provide all pertinent materials to the court before argument, we must receive any additional filings in this office by noon on the workday immediately preceding the day your case is scheduled for argument. Exceptions will be made for emergencies only.

Notice to Court Appointed Counsel: Please review for information on CJA travel at https://www.ca5.uscourts.gov/oral-argument-information/attorney-information/cja-travel-information.

All questions regarding the scheduling and argument of this case should be directed to the assigned courtroom deputy, Kim Pollard at 504-310-7635.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Charles Whitney*
Charles B. Whitney, Calendar Clerk
504-310-7679

cc:
    Ms. Munera Al-Fuhaid
    Mr. Spencer Amdur
    Mr. Anand Balakrishnan
    Mr. Maxwell A. Baldi
    Ms. Jo Anne Bernal
    Mr. Brian Boynton
    Ms. Heather Lee Dyer
    Mr. Lee P. Gelernt
    Ms. Tamara Goodlette
    Mr. Daniel Hatoum
    Ms. Amy Snow Hilton
    Ms. Kateland R. Jackson
    Mr. Omar C. Jadwat
    Ms. Jean Lin
    Mr. Joseph N. Mazzara
    Mr. Aaron Lloyd Nielson
    Mr. Leif Eric Overvold
    Ms. Adriana Cecilia Pinon
    Mr. Jacob Przada
    Mr. Samuel M. Shapiro
    Mr. Kyle Tebo
    Mr. Daniel Bentele Hahs Tenny
    Mr. Erin D. Thorn
    Mr. Ryan Daniel Walters
    Mr. Coy Allen Westbrook
    Mr. Cody Wofsy