# Supreme Court of the United States

No. 23A814

UNITED STATES

Applicant

v.

TEXAS, ET AL.

**O R D E R**

UPON CONSIDERATION of the application of counsel for the applicant,

IT IS ORDERED that the March 2, 2024 order of the United States Court of Appeals for the Fifth Circuit, case No. 24-50149, is hereby administratively stayed until 5 p.m. (EDT) on Wednesday, March 13, 2024. It is further ordered that a response to the application be filed on or before Monday, March 11, 2024, by 5 p.m. (EDT).

/s/ Samuel A. Alito, Jr
Associate Justice of the Supreme
Court of the United States

Dated this 4th
day of March, 2024.