# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 13, 2024

Ms. Munera Al-Fuhaid
Office of the Attorney General of Texas
P.O. Box 12548
Austin, TX 78711-2548

Mr. Spencer Amdur
American Civil Liberties Union Foundation
Immigrant Rights Project
425 California Street
7th Floor
San Francisco, CA 94104

Mr. Anand Balakrishnan
American Civil Liberties Union Foundation
125 Broad Street
18th Floor
New York, NY 10004-2400

Mr. Maxwell A. Baldi
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Room 7513
Washington, DC 20530

Ms. Jo Anne Bernal
County Attorney's Office
for the County of El Paso
500 E. San Antonio Avenue
Suite 503
El Paso, TX 79901-0000

Mr. Brian Boynton
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Bernardo Rafael Cruz
El Paso County Attorney's Office
Civil Litigation Unit
320 Campbell Street
79901
Suite 200
El Paso, TX 79901

Ms. Susanna Dokupil
Office of the Attorney General
Special Litigation Division
P.O. Box 12548
(MC-019)
Austin, TX 78711

Ms. Heather Lee Dyer
Office of the Attorney General
Special Litigation Division
P.O. Box 12548
(MC-019)
Austin, TX 78711

Mr. Lee P. Gelernt
American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street
18th Floor
New York, NY 10004-0000

Ms. Tamara Goodlette
Texas Civil Rights Project
Beyond Borders
1017 W. Hackberry Avenue
Alamo, TX 78516

Mr. Daniel Hatoum
Texas Civil Rights Project
Beyond Borders
1017 W. Hackberry Avenue
Alamo, TX 78516

Ms. Amy Snow Hilton
Office of the Attorney General
Special Litigation Division
P.O. Box 12548
(MC-019)
Austin, TX 78711

Ms. Kateland R. Jackson
Office of the Attorney General
Office of the Solicitor General
209 W. 14th Street
7th Floor
Austin, TX 78701

Mr. Omar C. Jadwat
American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street
18th Floor
New York, NY 10004-0000

Ms. Jean Lin
U.S. Department of Justice
Civil Division
1100 L Street N.W.
Washington, DC 20005

Mr. Joseph N. Mazzara
Office of the Texas Attorney General
Solicitor General Division
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Mr. Aaron Lloyd Nielson
Office of the Texas Attorney General
Solicitor General Division
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Mr. Francisco Javier Ortega
ScottHulse, P.C.
201 E. Main Drive
Suite 1100
El Paso, TX 79901

Mr. Leif Eric Overvold
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Suite 7226
Washington, DC 20530

Ms. Adriana Cecilia Pinon
American Civil Liberties Union of Texas
P.O. Box 8306
Houston, TX 77288

Mr. Jacob Przada
Office of the Attorney General of Texas
Special Litigation Division
P.O. Box 12548
(MC-009)
Austin, TX 78711-2548

Mr. Samuel M. Shapiro
601 N.W. Loop 410
Suite 600
San Antonio, TX 78216-0000

Mr. Kyle Tebo
Office of the Attorney General
P.O. Box 12548
Capitol Station
Austin, TX 78711-2548

Mr. Daniel Bentele Hahs Tenny
U.S. Department of Justice
Civil Division
1100 L Street, N.W.
Poc Agostinho, Jean
Washington, DC 20530

Mr. Erin D. Thorn
Texas Civil Rights Project
Beyond Borders
1017 W. Hackberry Avenue
Alamo, TX 78516

Mr. Ryan Daniel Walters
Office of the Texas Attorney General
Special Litigation Division
209 W. 14th Street
7th Floor
Austin, TX 78701

Mr. Coy Allen Westbrook
Office of the Attorney General of Texas
Office of the Solicitor General
P.O. Box 12548 (MC 059)
Austin, TX 78711-2548

Mr. Cody Wofsy
American Civil Liberties Union Foundation
Immigrant Rights Project
425 California Street
7th Floor
San Francisco, CA 94104

No. 24-50149   USA v. State of Texas
                 USDC No. 1:24-CV-8
                 USDC No. 1:23-CV-1537

Dear Counsel,

Any party filing a matter outside normal business hours (M-F, 8:00 a.m. – 5:00 p.m.) that may require the court's immediate attention should call the emergency duty deputy and inform them of the filing, even if the matter does not qualify as an emergency under 5th Cir. R. 27.3. The emergency duty deputy can be reached at 504-442-0252.

                                    Sincerely,

                                      LYLE W. CAYCE, Clerk

                                    */s/ Mary Frances Yeager*

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686