# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 13, 2024

Mr. William Jeffrey Olson
William J. Olson, P.C.
370 Maple Avenue, W.
Vienna, VA 22180-5615

    No. 24-50149   USA v. State of Texas
                        USDC No. 1:24-CV-8
                        USDC No. 1:23-CV-1537

Dear Mr. Olson,

Please submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5th Cir. R. 42.3.

                                    Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Rebecca L. Leto, Deputy Clerk
                                      504-310-7703

cc:  Ms. Munera Al-Fuhaid
     Mr. Spencer Amdur
     Mr. Anand Balakrishnan
     Mr. Maxwell A. Baldi
     Ms. Jo Anne Bernal
     Mr. Brian Boynton
     Mr. Bernardo Rafael Cruz
     Ms. Susanna Dokupil
     Ms. Heather Lee Dyer
     Mr. Lee P. Gelernt
     Ms. Tamara Goodlette
     Mr. Daniel Hatoum
     Ms. Amy Snow Hilton
     Ms. Kateland R. Jackson
     Mr. Omar C. Jadwat
     Ms. Jean Lin
     Mr. Joseph N. Mazzara
     Mr. Aaron Lloyd Nielson
     Mr. Francisco Javier Ortega
     Mr. Leif Eric Overvold
     Ms. Adriana Cecilia Pinon
     Mr. Jacob Przada

Mr. Samuel M. Shapiro
Mr. Kyle Tebo
Mr. Daniel Bentele Hahs Tenny
Mr. Erin D. Thorn
Mr. Ryan Daniel Walters
Mr. Coy Allen Westbrook
Mr. Cody Wofsy