# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 18, 2024

Mr. Matt A. Crapo
Immigration Reform Law Institute
25 Massachusetts Avenue, N.W.
Suite 335
Washington, DC 20001

    No. 24-50149   USA v. State of Texas
                        USDC No. 1:24-CV-8
                        USDC No. 1:23-CV-1537

Dear Mr. Crapo,

You must submit the 7 paper copies of your amicus curiae brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

                                            Sincerely,

                                            LYLE W. CAYCE, Clerk

                                            By: _____
                                            Mary Frances Yeager, Deputy Clerk
                                            504-310-7686

cc:   Ms. Munera Al-Fuhaid
      Mr. Spencer Amdur
      Mr. Anand Balakrishnan
      Mr. Maxwell A. Baldi
      Ms. Jo Anne Bernal
      Mr. Brian Boynton
      Mr. Bernardo Rafael Cruz
      Ms. Susanna Dokupil
      Mr. David A. Donatti
      Ms. Heather Lee Dyer
      Mr. Lee P. Gelernt
      Ms. Tamara Goodlette
      Mr. Daniel Hatoum
      Ms. Amy Snow Hilton
      Ms. Kateland R. Jackson

Mr. Omar C. Jadwat
Ms. Jean Lin
Mr. Joseph N. Mazzara
Mr. Aaron Lloyd Nielson
Mr. William Jeffrey Olson
Mr. Francisco Javier Ortega
Mr. Leif Eric Overvold
Ms. Adriana Cecilia Pinon
Mr. Jacob Przada
Mr. Samuel M. Shapiro
Mr. Kyle Tebo
Mr. Daniel Bentele Hahs Tenny
Mr. Erin D. Thorn
Mr. Ryan Daniel Walters
Mr. Coy Allen Westbrook
Mr. Cody Wofsy