**NOTE TO COUNSEL:    COMPLETE, SIGN, SAVE TO YOUR PERSONAL DRIVE, AND RETURN TO THE COURTROOM DEPUTY BY CLICKING THE E-MAIL ADDRESS BELOW**

The top portion of this form acknowledges the parties' receipt of this calendar.

ALL recipients of the form must promptly return it via e-mail (even if they are not arguing the case)

## TO : Kim_Pollard@ca5.uscourts.gov

**PLEASE NOTE: This is a fillable form and a typed signature is acceptable**

**Dear Clerk:**

I acknowledge receiving a copy of the printed calendar showing that Case No. 24-50149             ,

United States of America                    vs. State of Texas

is schedule for oral argument via VIDEO CONFERENCE on March 20, 2024     at 10:00 AM            .

Typed Signature: /s/ Aaron L. Nielson                    Attorney for: Appellants

Date: 3/19/2024

## IF YOU ARE PRESENTING ARGUMENT, PLEASE COMPLETE THE INFORMATION BELOW.

--------------------------------------------------------------------------------------------------------------------------------------

ARGUING ATTORNEY'S NAME Aaron L. Nielson                    CELL NUMBER 202-758-5237

LIST ALL PARTIES YOU REPRESENT The State of Texas, Greg Abbott, in his official capacity as Governor of Texas;

Texas Department of Public Safety; Steven C. McCraw, in his official capacity as Director of Texas Department of Public Safety

**(PLEASE SELECT ONE)**

● APPELLANT ○ APPELLEE ○ CROSS-APPELLANT ○ CROSS-APPELLEE ○ AMICUS ○ INTERVENOR

According to this court's rules, a cross or separate appeal will be argued with the initial appeal during the same argument, unless the court directs otherwise. If a case involves a cross appeal, the party who first files a notice of appeal is considered the appellant unless the parties otherwise agree or the court directs otherwise. If separate appellants support the same argument, they are to avoid duplication of argument.

THE ORDER OF PRESENTATION AND DIVISION OF ORAL ARGUMENT TIME WILL BE AS FOLLOWS:

| APPELLANT(s) | NAME | OPENING TIME | REBUTTAL TIME | (FOR APPELLANTS ONLY, THE COURT PREFERS NO MORE THAN 5 MINUTES FOR REBUTTAL) |
|---|---|---|---|---|
| COUNSEL #1 | Aaron L. Nielson | 15 | 5 | |
| COUNSEL #2 | | | | |
| COUNSEL #3 | | | | |
| COUNSEL #4 | | | | |

| APPELLEE(s) | NAME | TIME |
|---|---|---|
| COUNSEL #1 | | |
| COUNSEL #2 | | |
| COUNSEL #3 | | |
| COUNSEL #4 | | |

| AMICUS/INTERVENOR(s) | NAME | TIME |
|---|---|---|
| COUNSEL #1 | | |
| COUNSEL #2 | | |

SESSION # _____