# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 08, 2024

Mr. Aaron Lloyd Nielson
Office of the Texas Attorney General
Solicitor General Division
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Mr. Francisco Javier Ortega
ScottHulse, P.C.
201 E. Main Drive
Suite 1100
El Paso, TX 79901

Mr. Daniel Bentele Hahs Tenny
U.S. Department of Justice
Civil Division
1100 L Street, N.W.
Poc Agostinho, Jean
Washington, DC 20530

Mr. Cody Wofsy
American Civil Liberties Union Foundation
Immigrant Rights Project
425 California Street
7th Floor
San Francisco, CA 94104

    No. 24-50149   USA v. State of Texas
                        USDC No. 1:24-CV-8
                        USDC No. 1:23-CV-1537

Dear Mr. Nielson, Mr. Ortega, Mr. Tenny, and Mr. Wofsy,

At oral argument in this matter, counsel for the State of Texas noted that Congress has statutorily authorized the United States to seek equitable relief. *See, e.g.*, 15 U.S.C. § 4; 15 U.S.C. § 25; 15 U.S.C. § 78u(d)(5); 18 U.S.C. § 1345; 29 U.S.C. § 160(j); 42 U.S.C. § 1971(c); 42 U.S.C. § 2000a-3; 42 U.S.C. § 2000a-5; 42 U.S.C. § 2000e-6; 42 U.S.C. § 12188; 52 U.S.C. § 10308(d). Counsel

are directed to file simultaneous letter briefs identifying all other instances of equitable remedies statutorily authorized in suits by the United States. Briefs are due at 5:00 p.m. on Friday, April 12, 2024.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Charles Whitney*
Charles B. Whitney, Deputy Clerk
504-310-7679

cc:
    Ms. Munera Al-Fuhaid
    Mr. Spencer Amdur
    Mr. Anand Balakrishnan
    Mr. Maxwell A. Baldi
    Ms. Jo Anne Bernal
    Mr. Brian Boynton
    Mr. Matt A. Crapo
    Mr. Bernardo Rafael Cruz
    Mr. Philip Devlin
    Ms. Susanna Dokupil
    Mr. David A. Donatti
    Ms. Heather Lee Dyer
    Mr. Thomas Elliot Gaiser
    Mr. Lee P. Gelernt
    Ms. Tamara Goodlette
    Mr. Daniel Hatoum
    Ms. Amy Snow Hilton
    Ms. Kateland R. Jackson
    Mr. Omar C. Jadwat
    Ms. Jean Lin
    Mr. Joseph N. Mazzara
    Ms. Sinead Mary O'Carroll
    Mr. William Jeffrey Olson
    Mr. Leif Eric Overvold
    Ms. Adriana Cecilia Pinon
    Mr. Jacob Przada
    Mr. Samuel M. Shapiro
    Mr. Kyle Tebo
    Mr. Erin D. Thorn
    Mr. Ryan Daniel Walters
    Mr. Coy Allen Westbrook