

G. RUSSELL HILL
W. DAVID BERNARD
STUART R. SCHWARTZ
ROBERT R. FEUILLE
BERNARD D. FELSEN
R. GLENN DAVIS ˃
ROSEMARY MORALES MARIN ˃
HENRY J. PAOLI
CASEY S. STEVENSON ˃
FRANCISCO J. ORTEGA ˃
JOSHUA DWYER ˃

MATTHEW T. ARMENDARIZ ˃
SUSANNA VISCONTI
JAMES FEUILLE ˃
M. BLAKE DOWNEY ♦
ZACH DAW ˃
DONALD C. DAVIE ˃
HENRY BECKER ❖
MELISSA L. MARTIN ▶
TOMAS PORRAS-ACOSTA
VICTORIA ESPINOZA

\* ADMITTED IN TEXAS AND NEW YORK
˃ ADMITTED IN TEXAS AND NEW MEXICO
♦ ADMITTED IN TEXAS AND COMMONWEALTH OF KENTUCKY
▶ ADMITTED IN TEXAS, NEW MEXICO, NEW YORK AND WASHINGTON
❖ ADMITTED IN TEXAS AND CALIFORNIA

OF COUNSEL:     JEFFREY C. BROWN *

SCOTTHULSE.COM

ONE SAN JACINTO PLAZA
201 E. MAIN DR., STE. 1100
EL PASO, TEXAS  79901

POST OFFICE BOX 99123
EL PASO, TEXAS  79999-9123
TELEPHONE (915) 533-2493
FACSIMILE (915) 546-8333

OFFICES IN EL PASO TX AND LAS CRUCES NM

April 12, 2024

**Via CM/ECF**
United States Court of Appeals
  For the Fifth Circuit
Office of the Clerk
Attn: Lyle W. Cayce
F. Edward Hebert Building
600 S. Maestri Place, Suite 115
New Orleans, LA 70130-3408

Re:    **No. 24-50149**
         United States of America
         No. 1:24-CV-8-DAE (lead case)
         No. 1:23-CV-1537-DAE (consolidated case)

Dear Mr. Cayce:

Pursuant to the Court's Notice Letter of April 8, 2024, Appellant, Bill D. Hicks, in his official capacity as District Attorney for the 34th District, hereby joins and adopts the Letter Brief filed by Appellant, State of Texas, as Docket No. 179.

Sincerely yours,

**SCOTTHULSE, P.C.**
One San Jacinto Plaza
201 E. Main Drive, Suite 1100
El Paso, Texas 79901
(915) 533-2493
(915) 546-8333 Telecopier

By: */s/ Francisco J. Ortega*  _
      FRANCISCO J. ORTEGA
      Texas Bar No. 24060365
       fort@scotthulse.com
      Attorney for Appellant Bill D. Hicks

cc:    All Counsel of Record via CM/ECF

**130 Years of Commitment**