

**Cody Wofsy**
Deputy Director
Immigrants' Rights Project
ACLU National Legal Department

July 1, 2024

The Honorable Lyle W. Cayce
Clerk, U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

    Re:    *United States v. Texas*, No. 24-50149
           Rule 28(j) Letter regarding *United States v. Oklahoma*, No. 24-cv-00511-J (W.D. Okla. June 28, 2024).

Dear Mr. Cayce:

    In *United States v. Oklahoma*, another district court enjoined a state statute similar to the Texas law at issue here. *Compare* Slip Op 8-9 *with* ROA.484-86. The *Oklahoma* court held that statute both field and conflict preempted, concluded the United States could sue in equity, and rejected Oklahoma's "invasion" defense—relying on this Court's stay opinion throughout. Slip Op. 12-28.

    The district court acknowledged "Oklahoma's political frustrations" with current immigration policy, but emphasized that the State of Arizona had presented essentially the same concerns to the U.S. Supreme Court in *Arizona v. United States*, 567 U.S. 387 (2012). Slip Op. 6-8, 21. As the court explained, such "concerns should not—and, indeed, cannot—be allowed to undermine the long-standing, comprehensive federal framework that defines immigration policy." *Id.* at 23. So too here. Las Americas Br. 53-54.

                                      Sincerely,

                                      /s/ Cody Wofsy
                                    Cody Wofsy
                                    Deputy Director
                                    American Civil Liberties Union,
                                      Immigrants' Rights Project



## CERTIFICATE OF COMPLIANCE

    I hereby certify that the foregoing letter complies within the type-volume limitations of Fed. R. App. P. 28(j) because the body contains 136 words. This letter also complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5)(A) because this letter was prepared in a proportionally spaced typeface using Word 14-point Times New Roman.

## CERTIFICATE OF SERVICE

    I hereby certify that on July 1, 2024, I electronically filed the foregoing with the Clerk for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system.

Dated: July 1, 2024　　　　　　　　　　　　/s/ Cody Wofsy
　　　　　　　　　　　　　　　　　　　　　Cody Wofsy

425 California St, 7th Floor, San Francisco, CA 94104 | cwofsy@aclu.org | 415-343-0785