

**U.S. Department of Justice**

Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7513
Washington, DC 20530

DT:LOvervold:MBaldi

Maxwell A. Baldi (202) 532-0211
maxwell.baldi@usdoj.gov

July 11, 2024

VIA CM/ECF
Lyle W. Cayce, Clerk of Court
United States Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130

Re:   *United States v. Texas*, No. 24-50149

Dear Mr. Cayce:

   Texas's June 25 Rule 28(j) letter references the Supreme Court's decision in *United States v. Rahimi*, No. 22-915 (Jun. 21, 2024). That decision does not advance Texas's cause.

   In *Rahimi*, the Supreme Court applied settled law to evaluate a facial challenge to the constitutionality of a statute. *See* Slip Op. 8 (quoting *United States v. Salerno*, 481 U.S. 739, 745 (1987)). As this Court recognized at the stay stage, SB 4 is facially invalid because there is "no set of circumstances" under which SB4 could be enforced consistent with federal law. *See United States v. Texas*, 97 F.4th 268, 294 (5th Cir. 2024) (quoting *Salerno*, 481 U.S. at 745). The district court therefore did not err in enjoining enforcement of SB 4. *See* ROA.542–73.

                              Respectfully submitted,

                              */s/ Maxwell A. Baldi*
                              Maxwell A. Baldi

cc:   All counsel of record (by CM/ECF)