

# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

Coy Allen Westbrook  
Assistant Attorney General

(512) 936-0581  
Coy.Westbrook@oag.texas.gov

August 12, 2024

**Via CM/ECF**

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit

Re: *USA v. State of Texas*, 24-50149

Dear Mr. Cayce:

I am writing to advise the Court of my withdrawal as counsel for Appellants the State of Texas; Greg Abbott, in his official capacity as Governor of Texas; Texas Department of Public Safety; and Steven C. McCraw, in his official capacity as Director of Texas Department of Public Safety in the above-referenced case, as I am leaving my employment with the Office of the Attorney General. Aaron Nielson will remain as lead counsel in the case.

Respectfully submitted.

/s/ Coy Allen Westbrook

Coy Allen Westbrook
Assistant Attorney General

cc: All counsel of record (via CM/ECF)