

**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

October 14, 2024

**Via CM/ECF**

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit

**Re:** No. 24-50149, *USA v. State of Texas, et al.*

Dear Mr. Cayce:

   I write to advise the Court that Special Counsel Heather Lee Dyer has left the employment of the Office of the Attorney General. Undersigned counsel requests that the Court permit Ms. Dyer to withdraw from the representation of Appellants in this matter. Aaron L. Nielson previously filed a notice of appearance and will serve as lead counsel in this matter.

                                        Respectfully submitted.

                                        /s/ *David Bryant*
                                        David Bryant
                                        Senior Special Counsel

cc: All counsel of record (via CM/ECF)