

## KEN PAXTON
ATTORNEY GENERAL OF TEXAS

Joseph N. Mazzara  
Assistant Solicitor General

(512) 936-2923  
Joe.Mazzara@oag.texas.gov

January 15, 2025

**Via CM/ECF**

Lyle W. Cayce, Clerk of Court  
U.S. Court of Appeals for the Fifth Circuit

    Re:    No. 24-50149; *USA v. State of Texas et al.*

Dear Mr. Cayce:

    I am writing to advise the Court of my withdrawal as counsel for Appellants the State of Texas and the Texas Department of Public Safety in the above-referenced case, as I am leaving my employment with the Office of the Attorney General. Solicitor General, Aaron L. Nielson will remain counsel for the Appellants.

                      Respectfully submitted.

                      /s/ Joseph N. Mazzara

                      Joseph N. Mazzara  
                      Assistant Solicitor General

cc: All counsel of record (via CM/ECF)

Post Office Box 12548, Austin, Texas 78711-2548 • (512) 463-2100 • www.texasattorneygeneral.gov