

**U.S. Department of Justice**

Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, DC 20530

January 23, 2025

**By CM/ECF**

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

Re: *United States v. Texas*, No. 24-50149

Dear Mr. Cayce:

Pursuant to FRAP 28(j), we write to inform the Court of a proclamation issued by the President on January 20, 2025, titled "Guaranteeing the States Protection Against Invasion," 2025 WL 244160.

The proclamation provides, among other things, that the President has "determined that the current situation at the southern border qualifies as an invasion under Article IV, Section 4 of the Constitution of the United States" and issues various directives as a result. 2025 WL 244160, at *3-4. The federal government is assessing the effect of the order on this case. That assessment will require consultation with officials of the new Administration in the U.S. Department of Justice and other interested federal agencies. The government will inform the Court once it has concluded this assessment process.

Sincerely,

                    DANIEL TENNY

                 *s/ Leif Overvold*
                 LEIF OVERVOLD
                 MAXWELL A. BALDI
                   *Attorneys, Appellate Staff*
                   *Civil Division, Room 7226*
                   *U.S. Department of Justice*
                   *950 Pennsylvania Avenue NW*
                   *Washington, DC 20530*
                   *(202) 305-1754*
                   *leif.overvold2@usdoj.gov*

cc:    All counsel (via CM/ECF)