IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| *Plaintiff*, | § § § | |
| v. | § § | No. 1:24-cv-00008-DAE |
| | § | (Lead Case) |
| STATE OF TEXAS; GREG ABBOTT, in his official capacity as Governor of Texas; TEXAS DEPARTMENT OF PUBLIC SAFETY; and STEVEN C. MCCRAW, in his official capacity as Director of Texas Department of Public Safety, | § § § § § § § § § § § | |
| *Defendants*. | § § | |
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER; AMERICAN GATEWAYS; and COUNTY OF EL PASO, TEXAS, | § § § § § | |
| | § | No. 1:23-cv-01537-DAE |
| *Plaintiffs*, | § | (Consolidated Case) |
| | § § | |
| v. | § § | |
| STEVEN C. MCCRAW, in his official capacity as Director of Texas Department of Public Safety, and BILL D. HICKS, in his official capacity as District Attorney for the 34th District, | § § § § § § § § | |
| *Defendants*. | § § | |

1

ORDER

Following a conference with counsel for all parties concerned, and with their agreement, the Court hereby sets trial for this matter for July 8, 2025. Should the circumstances warrant, the parties may request a continuance.

The date of trial is set with the awareness of positions which may be taken by the United States, which are currently under the advisement of the Department of Justice.

However, regardless of the position taken by the United States, there are private parties in this case who intend to prosecute the case regardless of whether the United States intends to proceed. Moreover, the United States' position will not affect a related case, La Union Del Pueblo Entero et al. v. Abbott et al., 1:24-cv-270-DAE, which concerns the same state law.

The clerk is directed to send a copy of this order to the panel members of the U.S. Court of Appeals for the Fifth Circuit in Matter No. 24-50149.

IT IS HEREBY ORDERED that the above entitled and numbered case is set for Bench Trial in Courtroom 2, on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX, on **Tuesday, July 08, 2025, at 09:00 AM**.

Proposed Finding of Fact and Conclusions of Law are due **Friday, June 06, 2025.**

**<u>Pretrial Submissions</u>**

Pursuant to Local Rule 16(f), the Court **ORDERS** all parties to serve and file the following information by the close of business **Monday, June 30, 2025:**

(1) An appropriate identification of each exhibit as specified in this rule (except those to be used for impeachment only), separately identifying those that the party expects to offer and those that the party may offer if the need arises.

(2) The name and, if not previously provided, the address and telephone number of each witness (except those to be used for impeachment only), separately identifying those whom the party expects to present and those whom the party may call if the need arises.

(3) The name of those witnesses whose testimony is expected to be presented by means of a deposition and designation by reference to page and line of the testimony to be offered (except those to be used for

3

impeachment only) and, if not taken stenographically, a transcript of the pertinent portions of the deposition testimony.

(4) An estimate of the probable length of trial.

## Objections to Pretrial Submissions

Pursuant to Local Rule 16(g), the Court also **ORDERS** both parties to serve and file the following information by close of business on **Wednesday, July 02, 2025:**

(1) A list disclosing any objections to the use under Rule 32(a) of deposition testimony designated by the other party.

(2) A list disclosing any objection, together with the grounds therefore, that may be made to the admissibility of any exhibits. Objections not so disclosed, other than objections under Federal Rules of Evidence 402 and 403 shall be deemed waived unless excused by the court for good cause shown.

Dated: Austin, Texas, January 29, 2025.

_____
David Alan Ezra
Senior United States District Judge