# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 11, 2025

Mr. Aaron Lloyd Nielson
Office of the Texas Attorney General
Office of the Solicitor General
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Mr. Francisco Javier Ortega
ScottHulse, P.C.
201 E. Main Drive
Suite 1100
El Paso, TX 79901

Mr. Daniel Bentele Hahs Tenny
U.S. Department of Justice
Civil Division
1100 L Street, N.W.
Poc Agostinho, Jean
Washington, DC 20530

Mr. Cody Wofsy
American Civil Liberties Union Foundation
Immigrant Rights Project
425 California Street
7th Floor
San Francisco, CA 94104

          No. 24-50149    USA v. State of Texas
                          USDC No. 1:24-CV-8
                          USDC No. 1:23-CV-1537


Dear Counsel:


The parties are directed to file supplemental letter briefs
addressing these three questions.

*First*, on January 31, 2025, the district court entered an order
"clarify[ing]/modify[ing] the scope of" the preliminary injunction

it issued on February 29, 2024. But it is a "longstanding tenet of American procedure" that "[a]n appeal, including an interlocutory appeal, 'divests the district court of its control over those aspects of the case involved in the appeal.'" *Coinbase, Inc. v. Bielski*, 599 U.S. 736, 740 (2023) (quoting *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982)). And an appeal of the district court's entry of a preliminary injunction has been before this court since February 29, 2024. What is the effect, if any, of *Coinbase* and *Griggs* on the district court's January 31, 2025 order?

*Second*, on January 20, 2025, President Trump issued Executive Orders 14159 and 14165. These orders invite Federal-State cooperation in enforcing immigration laws and securing the border. On January 29, 2025, Governor Abbott issued Executive Orders GA-50-54, which direct Texas officials to assist in enforcing immigration laws and securing the border. What is the effect, if any, of these orders on the district court's preliminary injunction and on this appeal?

*Third*, since the recent change in administration, have the parties' positions on any issues in the appeal changed?

Supplemental briefs, not to exceed fifteen pages, are due by 5:00 PM central time on February 19, 2025.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Casey A. Sullivan, Deputy Clerk
504-310-7642

cc:
    Ms. Munera Al-Fuhaid
    Mr. Spencer Amdur
    Mr. Anand Balakrishnan
    Mr. Maxwell A. Baldi
    Ms. Jo Anne Bernal
    Mr. Brian Boynton
    Mr. Monroe David Bryant Jr.
    Mr. Matt A. Crapo

Mr. Bernardo Rafael Cruz
Ms. Susanna Dokupil
Mr. David A. Donatti
Mr. Thomas Elliot Gaiser
Mr. Lee P. Gelernt
Ms. Tamara Goodlette
Mr. Daniel Hatoum
Ms. Amy Snow Hilton
Ms. Kateland R. Jackson
Mr. Omar C. Jadwat
Ms. Jean Lin
Ms. Sinead Mary O'Carroll
Mr. William Jeffrey Olson
Mr. Leif Eric Overvold
Ms. Adriana Cecilia Pinon
Mr. Jacob Przada
Mr. Samuel M. Shapiro
Mr. Kyle Tebo
Mr. Erin D. Thorn
Mr. Ryan Daniel Walters