IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

UNITED STATES, et al.,

      Plaintiffs-Appellees,

      v.

STATE OF TEXAS, et al.,

      Defendants-Appellants,

No. 24-50149

## MOTION FOR A 30-DAY EXTENSION OF TIME TO FILE SUPPLEMENTAL LETTER BRIEFS

Pursuant to Fifth Circuit Rule 31.4.3.1, the United States respectfully moves for a 30-day extension of time to file the supplemental letter briefs that the Court directed the parties to file in its February 11, 2025, order.  The nonfederal plaintiffs-appellees and the Texas defendants-appellants do not oppose this request, provided that the deadlines for their letter briefs are extended as well.  We reached out to counsel for defendant-appellant Bill D. Hicks by email yesterday but have not received a response.

1.  On February 11, 2025, this Court directed the parties to file supplemental letter briefs addressing three questions.  The supplemental letter briefs are currently due on February 19, 2025, and no extensions have been previously sought.

2.  The United States respectfully requests a 30-day extension of time to file the supplemental letter briefs, to and including March 21, 2025.

3.  Good cause exists for the extension in light of the recent change in administration on January 20, 2025.  The Court's February 11 order asks the parties to address, among other things, whether "the parties' positions on any issues in the appeal [have] changed" since the change in administration.  The Department of Justice and other agencies are under new leadership, and new agency officials are still in the process of onboarding and familiarizing themselves with all of the issues presented by this case.  Those issues include the impact on this case of the Proclamation titled "Guaranteeing the States Protection Against Invasion," Proclamation No. 10,888, 90 Fed. Reg. 8,333 (Jan. 20, 2025), which the federal government previously noted in its January 23 letter to the Court, as well as the two executive orders identified in the Court's February 11 order.  That evaluation is underway but requires additional time for the federal government to prepare a response to the Court's supplemental briefing order.

4.  Counsel for the United States have contacted counsel for the nonfederal plaintiffs-appellees and the Texas defendants-appellants, who indicated that they do not oppose this extension request provided that the deadlines for their letter briefs are extended as well.  We reached out to counsel for defendant-appellant Bill D. Hicks by email yesterday but have not received a response.

## CONCLUSION

For the foregoing reasons, the United States respectfully requests that the Court extend the deadline within which to file the supplemental letter briefs ordered

by the Court in its February 11, 2025, order for 30 days, to and including March 21, 2025.

Respectfully submitted,

DANIEL TENNY
  *s/ Leif Overvold*
LEIF OVERVOLD
MAXWELL A. BALDI
  *Attorneys, Appellate Staff*
  *Civil Division*
  *U.S. Department of Justice*
  *950 Pennsylvania Ave. NW*
  *Room 7226*
  *Washington, DC 20530*
  *(202) 532-4631*

  *Counsel for the United States*

FEBRUARY 2025

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 413 words. This motion also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared using Word for Microsoft 365 in Garamond 14-point font, a proportionally spaced typeface.

*s/ Leif Overvold*

Leif Overvold