No. 24-50149

# In the United States Court of Appeals for the Fifth Circuit

UNITED STATES OF AMERICA,

*Plaintiff-Appellee*,

v.

STATE OF TEXAS; GREG ABBOTT IN HIS OFFICIAL CAPACITY AS GOVERNOR OF TEXAS; TEXAS DEPARTMENT OF PUBLIC SAFETY; STEVEN C. MCCRAW, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF TEXAS DEPARTMENT OF PUBLIC SAFETY,

*Defendants-Appellants*.

---

LAS AMERICAS IMMIGRANT ADVOCACY CENTER; AMERICAN GATEWAYS; COUNTY OF EL PASO, TEXAS,

*Plaintiffs-Appellees*,

v.

STEVEN C. MCCRAW, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE STATE OF TEXAS DEPARTMENT OF PUBLIC SAFETY; BILL D. HICKS, IN HIS OFFICIAL CAPACITY AS DISTRICT ATTORNEY FOR THE 34TH DISTRICT,

*Defendants-Appellants*.

---

On Appeal from the United States District Court
for the Western District of Texas, Austin Division
No. 1:24-CV-8-DAE (lead case)
No. 1:23-CV-1537-DAE (consolidated case)

---

**AGREED MOTION TO DISMISS APPEAL**

---

TO THE HONORABLE COURT:

1. On March 8, 2024, Bill D. Hicks, the District Attorney for the 34th Judicial District of Texas filed his notice of appeal regarding the district court's entry of a preliminary injunction in favor of Appellees Las Americas Immigrant Advocacy Center, American Gateways, and The County of El Paso, Texas. (Dkt. No. 69).

2. On January 1, 2025, James Montoya became the new District Attorney for the 34th Judicial District of Texas.

3. On February 11, 2025, this Court directed the parties to file supplemental letter briefs addressing three issues, including whether the parties' positions on any issues in the appeal changed since the change in administration.

4. In response to this Court's order, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, District Attorney Montoya seeks the dismissal of his appeal against Appellees Las Americas Immigrant Advocacy Center, American Gateways, and The County of El Paso, Texas with each party to bear its own costs.

5. Counsel for District Attorney Montoya has conferred with counsel for Appellees, who are not opposed to the relief sought in this motion.

Accordingly, for these reasons, Appellant James Montoya, the District Attorney for the 34th Judicial District of Texas, respectfully requests the Court

to dismiss his appeal against Appellees Las Americas Immigrant Advocacy Center, American Gateways, and The County of El Paso, Texas with each party to bear its own costs and that he be granted any other further relief, at law or in equity, to which he may be justly entitled.

                Respectfully submitted,

By: */s/ Francisco J. Ortega*
**FRANCISCO J. ORTEGA**
Texas Bar No. 24060365
**SCOTTHULSE, P.C.**
One San Jacinto Plaza
201 E. Main Dr., Suite 1100
El Paso, Texas 79901
(915) 546-8245
(915) 546-8333 Telecopier

## CERTIFICATE OF CONFERENCE

On March 19, 2025, the undersigned attorney confirmed that counsel for Appellees are not opposed to this motion or the relief requested herein.

*/s/Francisco J. Ortega*
**FRANCISCO J. ORTEGA**

## CERTIFICATE OF SERVICE

    I hereby certify that I filed this document electronically through the CM/ECF system, which caused all parties and/or counsel of record to be served by electronic means as more fully reflected on the Notice of Electronic Filing on this 20th day of March, 2025.

                                */s/ Francisco J. Ortega*
                                **FRANCISCO J. ORTEGA**