

# CHRISTINA SANCHEZ

EL PASO COUNTY ATTORNEY
320 S. Campbell, Ste. 200
DOWNTOWN ANNEX
EL PASO, TEXAS 79901
(915) 273-3238

April 10, 2025

***Via CM/ECF***
Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
600 Camp Street
New Orleans, LA 70130

Re: No. 24-50149, *USA v. State of Texas, et al*.

Dear Mr. Cayce:

I write to advise the Court that Jo Anne Bernal, the former duly elected County Attorney of El Paso and counsel for Plaintiff retired from her position on June 7, 2024, and is no longer employed by the El Paso County Attorney's Office.

Plaintiff respectfully requests that Jo Anne Bernal, former County Attorney, SBN: 02208720, be permitted to withdraw as its counsel of record, to the extent she is considered counsel of record, and no longer be noticed of events in this case. Specifically, Ms. Bernal requests that the Court remove her from electronic notification of the events and filings in this suit.

Plaintiff also respectfully requests that Christina Sanchez, duly elected County Attorney of El Paso County, Texas, SBN: 24062984 be substituted as counsel of record for Jo Anne Bernal and that all further notices of events in this case be sent to Ms. Christina Sanchez and Bernardo R. Cruz, Assistant County Attorney, SBN: 24109774, co-counsel.

**Sincerely,**

*/s/ Bernardo R. Cruz*
**BERNARDO R. CRUZ**
Assistant County Attorney

cc: All counsel of record (via CM/ECF)

BRC/mc