

# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

KATELAND R. JACKSON
Assistant Solicitor General

(512) 936 - 1729
kateland.jackson@oag.texas.gov

April 17, 2025

**Via CM/ECF**

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit

    Re:    No. 24-50149; *USA v. State of Texas*

Dear Mr. Cayce:

    I am writing to advise the Court of my withdrawal as counsel for Appellants State of Texas; Greg Abbott, in his official capacity as Governor of Texas; Texas Department of Public Safety; and Steven C. McCraw, in his official capacity as Director of Texas Department of Public Safety in the above-referenced case, as I am leaving my employment with the Office of the Attorney General. Solicitor General, Aaron L. Nielson, will remain as lead counsel.

                                        Respectfully submitted.

                                        /s/ Kateland R. Jackson

                                        Kateland R. Jackson
                                        Assistant Solicitor General

cc: all counsel of record (via e-mail)