# United States Court of Appeals
# for the Fifth Circuit

No. 24-50149

United States Court of Appeals
Fifth Circuit

**FILED**
June 3, 2025

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

versus

State of Texas; Greg Abbott, *in his official capacity as Governor of Texas*; Texas Department of Public Safety; Steven C. McCraw, *in his official capacity as Director of Texas Department of Public Safety*,

*Defendants—Appellants*,

_____

Las Americas Immigrant Advocacy Center; American Gateways; County of El Paso, Texas,

*Plaintiffs—Appellees*,

versus

Steven C. McCraw, *in his official capacity as Director of the State of Texas Department of Public Safety*; James Montoya, *in his official capacity as District Attorney for the 34th District*,

*Defendants—Appellants*.

No. 24-50149

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:24-CV-8
USDC No. 1:23-CV-1537

_____

ORDER:

     IT IS ORDERED that the unopposed, "Agreed" motion filed by Appellant James Montoya for partial dismissal of appeal pursuant to Rule 42(b) is GRANTED.

     LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT