

## KEN PAXTON
ATTORNEY GENERAL OF TEXAS

Aaron L. Nielson
Solicitor General

(512) 936-2834
Aaron.Nielson@oag.texas.gov

June 30, 2025

**Via CM/ECF**
Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit

    **Re:**    No. 24-50149; *USA v. State of Texas*

Dear Mr. Cayce:

  I am writing to advise the Court of my withdrawal as lead counsel for Appellants State of Texas; Greg Abbott, in his official capacity as Governor of Texas; Texas Department of Public Safety; and Steven C. McCraw, in his official capacity as Director of Texas Department of Public Safety in the above-referenced case, as I am leaving my employment with the Office of the Attorney General. Principal Deputy Solicitor General, William F. Cole, will be substituted as lead counsel.

                                      Respectfully submitted.

                                      /s/ Aaron L. Nielson

                                      Aaron L. Nielson
                                      Solicitor General

cc: all counsel of record (via E-file)