# United States Court of Appeals
**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

July 03, 2025

Ms. Munera Al-Fuhaid
Office of the Attorney General of Texas
P.O. Box 12548
Austin, TX 78711-2548

Mr. Spencer Amdur
American Civil Liberties Union Foundation
Immigrants' Rights Project
425 California Street
7th Floor
San Francisco, CA 94104

Mr. Anand Balakrishnan
American Civil Liberties Union Foundation
125 Broad Street
18th Floor
New York, NY 10004-2400

Mr. Maxwell A. Baldi
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Brian Boynton
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Monroe David Bryant Jr.
Texas Attorney General's Office
Special Litigation Division
P.O. Box 12548
(MC-009)
Austin, TX 78711-2548

Mr. William Francis Cole
Office of the Texas Attorney General
Office of the Solicitor General

P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Mr. Matt A. Crapo
Immigration Reform Law Institute
25 Massachusetts Avenue, N.W.
Suite 335
Washington, DC 20001

Mr. Bernardo Rafael Cruz
El Paso County Attorney's Office
Civil Litigation Unit
320 Campbell Street
79901
Suite 200
El Paso, TX 79901

Mr. Philip Devlin
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

Ms. Susanna Dokupil
Office of the Attorney General
Special Litigation Division
P.O. Box 12548
 (MC-019)
Austin, TX 78711-2548

Mr. David A. Donatti
American Civil Liberties Union of Texas
5225 Katy Freeway
Suite 350
Houston, TX 77007

Mr. Thomas Elliot Gaiser
Office of the Attorney General
for the State of Ohio
30 E. Broad Street
17th Floor
Columbus, OH 43215-3428

Mr. Lee P. Gelernt
American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street
New York, NY 10004-0000

Mr. Daniel Hatoum
Texas Civil Rights Project

Beyond Borders
1017 W. Hackberry Avenue
Alamo, TX 78516

Ms. Amy Snow Hilton
Office of the Attorney General
for the State of Texas
300 W. 15th Street
William P. Clements Building
Austin, TX 78701

Mr. Omar C. Jadwat
American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street
18th Floor
New York, NY 10004-0000

Ms. Sinead Mary O'Carroll
Reeves & Brightwell, L.L.P.
3103 Bee Caves Road
Suite 240
Austin, TX 78746-5581

Mr. William Jeffrey Olson
William J. Olson, P.C.
370 Maple Avenue, W.
Vienna, VA 22180-5615

Mr. Leif Eric Overvold
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Ms. Adriana Cecilia Pinon
American Civil Liberties Union of Texas
P.O. Box 8306
Houston, TX 77288

Mr. Jacob Przada
Texas Attorney General's Office
Special Litigation Division
P.O. Box 12548
(MC-009)
Austin, TX 78711-2548

Mr. Kyle Tebo
Office of the Attorney General
for the State of Texas
P.O. Box 12548

Capitol Station
Austin, TX 78711-2548

Mr. Daniel Bentele Hahs Tenny
U.S. Department of Justice
Civil Division
1100 L Street, N.W.
Poc Agostinho, Jean
Washington, DC 20530

Mr. Erin D. Thorn
Texas Civil Rights Project
Beyond Borders
1017 W. Hackberry Avenue
Alamo, TX 78516

Mr. Ryan Daniel Walters
Office of the Texas Attorney General
Special Litigation Division
209 W. 14th Street
Austin, TX 78701

Mr. Cody Wofsy
American Civil Liberties Union Foundation
Immigrants' Rights Project
425 California Street
7th Floor
San Francisco, CA 94104

  No. 24-50149  USA v. State of Texas
         USDC No. 1:24-CV-8
         USDC No. 1:23-CV-1537

Dear Counsel,

Attached is a revised case caption, which should be used on all future filings in this case.

         Sincerely,

         LYLE W. CAYCE, Clerk

         /s/ Christina Gardner
         By: _____
         Christina A. Gardner, Deputy Clerk
         504-310-7684

_____

Case No. 24-50149

_____

United States of America,

    Plaintiff - Appellee

v.

State of Texas; Greg Abbott, in his official capacity as Governor of Texas; Texas Department of Public Safety; Freeman F. Martin, in his official capacity as Director of Texas Department of Public Safety,

    Defendants - Appellants

_____

Las Americas Immigrant Advocacy Center; American Gateways; County of El Paso, Texas,

    Plaintiffs - Appellees

v.

Freeman F. Martin, in his official capacity as Director of the State of Texas Department of Public Safety,

    Defendants - Appellants