# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
July 3, 2025
Lyle W. Cayce
Clerk

No. 24-50149

_____

United States of America,

*Plaintiff—Appellee,*

versus

State of Texas; Greg Abbott, *in his official capacity as Governor of Texas*; Texas Department of Public Safety; Freeman F. Martin, *in his official capacity as Director of Texas Department of Public Safety*,

*Defendants—Appellants,*

_____

Las Americas Immigrant Advocacy Center; American Gateways; County of El Paso, Texas,

*Plaintiffs—Appellees,*

versus

Freeman F. Martin, *in his official capacity as Director of the State of Texas Department of Public Safety*,

*Defendants—Appellants.*

No. 24-50149

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:24-CV-8
USDC No. 1:23-CV-1537
_____

Before RICHMAN, OLDHAM, and RAMIREZ, *Circuit Judges*.

## J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that Appellants pay to Appellees the costs on appeal to be taxed by the Clerk of this Court.

ANDREW S. OLDHAM, *Circuit Judge*, dissenting.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.