# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
July 7, 2025
Lyle W. Cayce
Clerk

No. 24-50149

───────────

United States of America,

*Plaintiff—Appellee*,

*versus*

State of Texas; Greg Abbott, *in his official capacity as Governor of Texas*; Texas Department of Public Safety; Freeman F. Martin, *in his official capacity as Director of Texas Department of Public Safety*,

*Defendants—Appellants*,

───────────

Las Americas Immigrant Advocacy Center; American Gateways; County of El Paso, Texas,

*Plaintiffs—Appellees*,

*versus*

Freeman F. Martin, *in his official capacity as Director of the State of Texas Department of Public Safety*,

*Defendants—Appellants*.

No. 24-50149

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:24-CV-8
USDC No. 1:23-CV-1537

---

ORDER:

A judge of this Court withholds issuance of the mandate in this appeal.


LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT