No. 24-50149

# In the United States Court of Appeals for the Fifth Circuit

United States of America,

*Plaintiff-Appellee*,

*v.*

State of Texas; Greg Abbott in his official capacity as Governor of Texas; Texas Department of Public Safety; Freeman F. Martin, in his official capacity as Director of Texas Department of Public Safety,

*Defendants-Appellants.*

---

Las Americas Immigrant Advocacy Center; American Gateways; County of El Paso, Texas,

*Plaintiffs-Appellees,*

*v.*

Freeman F. Martin in his official capacity as Director of the State of Texas Department of Public Safety;

*Defendants-Appellants.*

On Appeal from the United States District Court
for the Western District of Texas, Austin Division

**DEFENDANTS-APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR REHEARING EN BANC**

In accordance with Federal Rules of Appellate Procedure 27 and 40(d)(1), Defendants-Appellants the State of Texas, Governor Greg Abbott, and Director Freeman F. Martin file this unopposed motion for an extension of time to file a petition for rehearing en banc of this Court's July 3, 2025, decision. In support thereof, Appellants respectfully show the Court as follows:

**1.** On July 3, the panel issued a published opinion in this case affirming the district court's order granting a preliminary injunction. Any petition for rehearing en banc of that decision is currently due by Thursday, July 17. Appellants respectfully request that the Court extend that deadline by 14 days, to Thursday, July 31.

**2.** This request is not made for purposes of delay but to allow counsel for Appellants adequate time to familiarize themselves with the record and analyze the panel's detailed opinion. The requested 14-day extension of time is supported by good cause. Former Texas Solicitor General Aaron Nielson, who briefed and argued this case before the panel, recently left the Texas Office of Attorney General. William R. Peterson began his tenure as Texas Solicitor General on July 7, 2025. A brief extension is justified to allow Solicitor General Peterson and other attorneys in his division additional time to become familiar with the record and previous briefing, analyze the panel's decision, and prepare a petition for rehearing en banc.

**3.** An extension is also necessary due to multiple engagements by Appellants' counsel that have required or will require significant attention, including:

- a response to an emergency motion for temporary relief in *Paxton v. Garza*, No. 15-25-00116-CV, filed in the Court of Appeals for the Fifteenth Judicial District of Texas on July 7;

- a response to a petition for rehearing en banc in *Wetherbe v. Texas Tech University System*, No. 19-11325, due to be filed in the United States Court of Appeals for the Fifth Circuit on July 16;
- a reply brief on the merits in *City of Austin v. Paxton*, No. 24-1078, due to be filed in the Texas Supreme Court on July 25;
- ongoing responsibilities to assist with post-trial proceedings related to the redistricting trial in *LULAC v. Abbott*, No. 3:21-cv-00259 (W.D. Tex.), including the preparation of proposed findings of fact and conclusions of law due to be submitted to the district court on September 3.

In addition to briefing and argument obligations, undersigned counsel has numerous prelitigation, oversight, and managerial responsibilities—including those related to recent personnel changes—and continues to be staffed on other public and private litigation and advisory matters throughout the Office of the Attorney General.

4.   This extension is sought in the interest of justice, not for delay, and no party will be prejudiced if this unopposed request for an extension of time is granted, including because all trial proceedings are currently stayed in this matter. This is Appellants' first request for an extension of this deadline, and Appellees are unopposed.

## Conclusion

For these reasons, Appellants request that the Court grant a 14-day extension of the time to file their petition for rehearing en banc, moving the deadline for Appellants' en banc petition to July 31, 2025.

Respectfully submitted.

Ken Paxton
Attorney General of Texas

Brent Webster
First Assistant Attorney General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

William R. Peterson
Solicitor General

/s/ William F. Cole
William F. Cole
Principal Deputy Solicitor General
William.Cole@oag.texas.gov

Daniel Ortner
Assistant Solicitor General

Counsel for Defendants-Appellants

## Certificate of Conference

On July 9, 2025, counsel for Appellants conferred by email with counsel for Appellees, who stated that Appellees were not opposed to the extension.

/s/ William F. Cole
William F. Cole

## Certificate of Service

On July 9, 2025, this motion was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that: (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned with the most recent version of Symantec Endpoint Protection and is free of viruses.

/s/ William F. Cole
William F. Cole

## Certificate of Compliance

This motion complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 523 words, excluding the parts exempted by Rule 27(a)(2)(B); and (2) the typeface requirements of Rule 32(a)(5) and the type style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Equity) using Microsoft Word (the same program used to calculate the word count).

/s/ William F. Cole
William F. Cole