# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
July 15, 2025
Lyle W. Cayce
Clerk

No. 24-50149

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

STATE OF TEXAS; GREG ABBOTT, *in his official capacity as Governor of Texas*; TEXAS DEPARTMENT OF PUBLIC SAFETY; FREEMAN F. MARTIN, *in his official capacity as Director of Texas Department of Public Safety*,

*Defendants—Appellants*,

———————————————

LAS AMERICAS IMMIGRANT ADVOCACY CENTER; AMERICAN GATEWAYS; COUNTY OF EL PASO, TEXAS,

*Plaintiffs—Appellees*,

*versus*

FREEMAN F. MARTIN, *in his official capacity as Director of the State of Texas Department of Public Safety*,

*Defendants—Appellants*.

———————————————

Appeal from the United States District Court
for the Western District of Texas

No. 24-50149

USDC No. 1:24-CV-8
USDC No. 1:23-CV-1537

_____

ORDER:

IT IS ORDERED that Appellants' unopposed motion for an extension of 14 days, or, to and including July 31, 2025, to file its petition for rehearing/petition for rehearing en banc is GRANTED.

    /s/ *Priscilla Richman*
PRISCILLA RICHMAN
*United States Circuit Judge*