# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 01, 2025

Mr. Cody Wofsy
American Civil Liberties Union Foundation
Immigrants' Rights Project
425 California Street
7th Floor
San Francisco, CA 94104

    No. 24-50149   USA v. State of Texas
                         USDC No. 1:24-CV-8
                         USDC No. 1:23-CV-1537

Dear Counsel:

This letter will serve to confirm our voicemail left this date advising the parties that the court has requested a response to the Appellants' Petition for rehearing en banc to be filed in this office on or before August 11, 2025.

                                 Sincerely,

                                 LYLE W. CAYCE, Clerk

                                 By: _____
                                 Jasmine J. Forman, Deputy Clerk

cc:
    Ms. Munera Al-Fuhaid
    Mr. Spencer Amdur
    Mr. Anand Balakrishnan
    Mr. Monroe David Bryant Jr.
    Mr. William Francis Cole
    Mr. Matt A. Crapo
    Mr. Bernardo Rafael Cruz
    Ms. Susanna Dokupil
    Mr. David A. Donatti
    Mr. Thomas Elliot Gaiser
    Mr. Lee P. Gelernt
    Mr. Daniel Hatoum
    Ms. Amy Snow Hilton
    Mr. Omar C. Jadwat

Ms. Sinead Mary O'Carroll  
Mr. William Jeffrey Olson  
Mr. Daniel Ortner  
Mr. William R. Peterson  
Ms. Adriana Cecilia Pinon  
Mr. Jacob Przada  
Mr. Kyle Tebo  
Mr. Erin D. Thorn  
Mr. Ryan Daniel Walters