No. 24-50149
# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | On Appeal from the |
| Plaintiff-Appellee, | : | United States District Court |
| | : | for the Western District of |
| v. | : | Texas |
| STATE OF TEXAS; GREG ABBOTT, | : | |
| IN HIS OFFICIAL CAPACITY AS | : | District Court Case Nos. |
| GOVERNOR OF TEXAS; TEXAS | : | 1:24-cv-8 |
| DEPARTMENT OF PUBLIC | : | 1:23-cv-1537 |
| SAFETY; STEVEN C. MCCRAW, | : | |
| IN HIS OFFICIAL CAPACITY AS DI- | : | |
| RECTOR OF TEXAS DEPARTMENT | | |
| OF PUBLIC SAFETY, | | |
| Defendants-Appellants. | | |

## MOTION TO WITHDRAW T. ELLIOT GAISER AS COUNSEL

DAVE YOST
Ohio Attorney General

MATHURA J. SRIDHARAN*
Solicitor General
 *Counsel of Record*
30 E. Broad St., 17th Fl.
Columbus, Ohio 43215
614-466-8980
Mathura.Sridharan@OhioAGO.gov

*Counsel for Amici States*

## MOTION TO WITHDRAW

Counsel for *Amici* States request that T. Elliot Gaiser be withdrawn as counsel in this case. Mr. Gaiser has left the Office of the Ohio Attorney General. Please designate Mathura J. Sridharan as counsel of record in the above-captioned matter.

    Respectfully submitted,

    DAVE YOST
    Ohio Attorney General

    */s/Mathura J. Sridharan*
    MATHURA J. SRIDHARAN\*
    Solicitor General
     \*Counsel of Record
    30 E. Broad St., 17th Fl.
    Columbus, Ohio 43215
    614-466-8980
    Mathura.Sridharan@OhioAGO.gov

    *Counsel for Amici States*

## CERTIFICATE OF COMPLIANCE

I hereby certify, in accordance with Rule 32(g) of the Federal Rules of Appellate Procedure, that this motion complies with the type-volume requirements and contains 43 words. See Fed. R. App. P. 27(d)(2)(A).

I further certify that this motion complies with the typeface requirements of Federal Rule 32(a)(5) and the type-style requirements of Federal Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Equity font.

*/s/ Mathura J. Sridharan*
MATHURA J. SRIDHARAN

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2025, I caused the foregoing to be electrically filed with the Clerk of the Court by using the Court's CM/ECF system. All registered counsel will be served by the Court's CM/ECF system.

*/s/ Mathura J. Sridharan*
MATHURA J. SRIDHARAN