# United States Court of Appeals for the Fifth Circuit

———————————

No. 24-50149

———————————

United States Court of Appeals
Fifth Circuit

**FILED**

August 14, 2025

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

*versus*

STATE OF TEXAS; GREG ABBOTT, *in his official capacity as Governor of Texas*; TEXAS DEPARTMENT OF PUBLIC SAFETY; FREEMAN F. MARTIN, *in his official capacity as Director of Texas Department of Public Safety*,

*Defendants—Appellants,*

———————————————————

LAS AMERICAS IMMIGRANT ADVOCACY CENTER; AMERICAN GATEWAYS; COUNTY OF EL PASO, TEXAS,

*Plaintiffs—Appellees,*

*versus*

FREEMAN F. MARTIN, *in his official capacity as Director of the State of Texas Department of Public Safety*,

*Defendants—Appellants.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:24-CV-8
USDC No. 1:23-CV-1537

_____

ORDER:

IT IS ORDERED that the motion to withdraw Thomas Elliot
Gaiser as counsel is GRANTED.

_/s/ Priscilla Richman_

PRISCILLA RICHMAN
*United States Circuit Judge*