# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 29, 2025
Lyle W. Cayce
Clerk

No. 24-50149

United States of America,

*Plaintiff—Appellee,*

versus

State of Texas; Greg Abbott, *in his official capacity as Governor of Texas*; Texas Department of Public Safety; Freeman F. Martin, *in his official capacity as Director of Texas Department of Public Safety*,

*Defendants—Appellants,*

———————————————————

Las Americas Immigrant Advocacy Center; American Gateways; County of El Paso, Texas,

*Plaintiffs—Appellees,*

versus

Freeman F. Martin, *in his official capacity as Director of the State of Texas Department of Public Safety*,

*Defendants—Appellants.*

No. 24-50149

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:24-CV-8
USDC No. 1:23-CV-1537

ON PETITION FOR REHEARING EN BANC

(Opinion July 3, 2025, 5 Cir., 2025, 144 F.4th 632)

Before Elrod, *Chief Judge*, and Jones, Smith, Stewart, Richman, Southwick, Haynes, Graves, Higginson, Willett, Ho, Duncan, Engelhardt, Oldham, Wilson, Douglas, and Ramirez, *Circuit Judges*.

Per Curiam:

A member of the court having requested a poll on the petition for rehearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs. Pursuant to 5th Circuit Rule 41.3, the panel opinion in this case dated July 3, 2025, is VACATED.