# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 29, 2025

Ms. Munera Al-Fuhaid
Office of the Attorney General of Texas
P.O. Box 12548
Austin, TX 78711-2548

Mr. Spencer Amdur
American Civil Liberties Union Foundation
Immigrants' Rights Project
425 California Street
7th Floor
San Francisco, CA 94104

Mr. Anand Balakrishnan
American Civil Liberties Union Foundation
125 Broad Street
18th Floor
New York, NY 10004-2400

Mr. Monroe David Bryant Jr.
Texas Attorney General's Office
Special Litigation Division
P.O. Box 12548
(MC-009)
Austin, TX 78711-2548

Mr. William Francis Cole
Office of the Texas Attorney General
Office of the Solicitor General
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Mr. Bernardo Rafael Cruz
El Paso County Attorney's Office
Civil Litigation Unit
320 Campbell Street
79901
Suite 200
El Paso, TX 79901

Ms. Susanna Dokupil

Office of the Attorney General
Special Litigation Division
P.O. Box 12548
(MC-019)
Austin, TX 78711-2548

Mr. David A. Donatti
American Civil Liberties Union of Texas
5225 Katy Freeway
Suite 350
Houston, TX 77007

Mr. Lee P. Gelernt
American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street
New York, NY 10004-0000

Mr. Daniel Hatoum
Texas Civil Rights Project
Beyond Borders
1017 W. Hackberry Avenue
Alamo, TX 78516

Ms. Amy Snow Hilton
Office of the Attorney General
for the State of Texas
300 W. 15th Street
William P. Clements Building
Austin, TX 78701

Ms. Kathryn Huddleston
American Civil Liberties Union
915 15th Street, N.W.
7th Floor
Washington, DC 20005-0000

Mr. Omar C. Jadwat
American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street
18th Floor
New York, NY 10004-0000

Mr. Daniel Ortner
Office of the Texas Attorney General
Office of the Solicitor General
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Mr. William R. Peterson

Morgan, Lewis & Bockius, L.L.P.
1000 Louisiana Street
Suite 4000
Houston, TX 77002-5006

Ms. Adriana Cecilia Pinon
American Civil Liberties Union of Texas
P.O. Box 8306
Houston, TX 77288

Mr. Jacob Przada
Texas Attorney General's Office
Special Litigation Division
P.O. Box 12548
(MC-009)
Austin, TX 78711-2548

Mr. Kyle Tebo
Office of the Attorney General
for the State of Texas
P.O. Box 12548
Capitol Station
Austin, TX 78711-2548

Mr. Erin D. Thorn
Texas Civil Rights Project
Beyond Borders
1017 W. Hackberry Avenue
Alamo, TX 78516

Mr. Ryan Daniel Walters
Office of the Texas Attorney General
Special Litigation Division
209 W. 14th Street
7th Floor
Austin, TX 78701

Mr. Cody Wofsy
American Civil Liberties Union Foundation
Immigrants' Rights Project
425 California Street
7th Floor
San Francisco, CA 94104

    No. 24-50149    USA v. State of Texas
                            USDC No. 1:24-CV-8
                            USDC No. 1:23-CV-1537

Dear Counsel,

Enclosed is the court's order filed this date directing this case be reheard en banc with oral argument. Under Fifth Circuit Local Rule 41.3 this order vacates the previous opinion and judgment of this court and stays the mandate.

Appellants will have until September 29, 2025, to file an en banc brief and the Appellees' en banc brief is due on October 29, 2025. You will be requested to furnish 22 paper copies of your en banc brief after the electronic filing is reviewed and processed. The color of the cover on your en banc brief will be the same as the color of the cover on your merits brief (blue for the appellant and red for the appellee). The case will be heard sometime during the week of January 19, 2026. Counsel for the parties will receive adequate notice as to the exact date and time for the presentation of the oral argument.

We request that the parties forward 22 copies of their previously filed merits briefs, reply briefs, supplemental briefs, and record excerpts, for the use of the en banc court. As you did previously, we request that all copies be spirally bound. These additional copies are due in the Clerk's Office by September 12, 2025. Please contact me if you have any questions.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Charles B. Whitney, Deputy Clerk
504-310-7679

cc:
    Mr. Matt A. Crapo
    Ms. Sinead Mary O'Carroll
    Mr. William Jeffrey Olson
    Ms. Mathura Sridharan