No. 24-50149

# In the United States Court of Appeals for the Fifth Circuit

United States of America,

*Plaintiff-Appellee,*

*v.*

State of Texas; Greg Abbott in his official capacity as Governor of Texas; Texas Department of Public Safety; Freeman F. Martin, in his official capacity as Director of Texas Department of Public Safety,

*Defendants-Appellants.*

---

Las Americas Immigrant Advocacy Center; American Gateways; County of El Paso, Texas,

*Plaintiffs-Appellees,*

*v.*

Freeman F. Martin in his official capacity as Director of the State of Texas Department of Public Safety,

*Defendant-Appellant.*

On Appeal from the United States District Court
for the Western District of Texas, Austin Division

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' SUPPLEMENTAL EN BANC BRIEF AND TO RESET THE BRIEFING SCHEDULE**

In accordance with Federal Rules of Appellate Procedure 26(b) and 27, Appellants, the State of Texas, Governor Greg Abbott, the Texas Department of Public Safety, and TDPS Director Freeman F. Martin, respectfully request a modest 14-day extension of time to file their supplemental en banc brief in this case and to reset the briefing schedule. In support thereof, Appellants respectfully show the Court as follows:

1. On August 29, this Court granted Appellants' petition for rehearing en banc and set a briefing schedule where Appellants' supplemental en banc brief would be due on September 29 and Appellees' supplemental en banc brief would be due on October 29, with oral argument tentatively set for the week of January 19, 2026.

2. Appellants now respectfully move for a modest 14-day extension of their deadline to file their supplemental en banc brief, which would make a new due date of October 13. Given that this Court has already set a briefing schedule in this case and set oral argument for the week of January 19, 2026, Appellants also respectfully request that the Court modify the briefing schedule to set a new deadline for Appellees' supplemental brief for November 26.

3. This motion is supported by good cause and is not sought for purposes of delay. Since Appellants' petition was granted and the briefing schedule was set, attorneys for Appellants have had or will have multiple preexisting obligations in other cases that necessitate this extension. These matters include:

- An initial petition for en banc hearing in *Nathan v. Alamo Heights Independent School District*, No. 25-5695 (5th Cir.), filed in this Court on September 2;

- An amicus brief in support of Appellees in *Doe v. Planned Parenthood Federation of America*, No. 23-11184 (5th Cir.), filed in the en banc court on September 3;
- A supplemental brief in *National Horsemen's Benevolent & Protective Association v. Black*, No. 23-10520 (5th Cir.), filed in this Court on September 4;
- A reply brief on the merits in *In re State*, No. 25-0687 (Tex.), filed in the Texas Supreme Court on September 4;
- A reply brief on the merits in *Garza v. Paxton*, No. 15-25-0016-cv (Tex. App.—[15th Dist.] Austin), filed in the Texas Court of Appeals for the Fifteenth District on September 8;
- An opposition to a motion for stay pending appeal in *U.S. v. Students for Affordable Tuition, et al.*, No. 25-10898 (5th Cir.), filed in this Court on September 8;
- A Multi-State Amicus Brief in *Texas Medical Association v. U.S. Department of Health & Human Services*, No. 23-40605 (5th Cir.), for which the State sought leave to file from this Court on September 9;
- A Multi-State Amicus Brief in *Galette v. N.J. Transit Corp.*, No. 24-1021 (U.S.), filed in the United States Supreme Court on September 10;
- An opening brief in *La Union del Pueblo Entero v. Abbott*, No. 25-50246 (5th Cir.), due to be filed in this Court on September 15;
- Presenting oral argument to the Texas Court of Appeals for the Fifteenth District in *Garza v. Paxton*, No. 15-25-0016-cv (Tex. App.—[15th Dist.] Austin), on September 24;
- Presenting oral argument to this Court in *Doe v. Planned Parenthood Federation of America*, No. 23-11184 (5th Cir.), on September 25;
- A Petition for Rehearing En Banc in *State of Texas v. Bondi*, No. 24-10386 (5th Cir.), due to be filed in this Court on September 29;
- An amicus brief in support of a petition for a writ of certiorari in *Catharine Miller v. Civil Rights Department*, No. 25-233 (U.S.), due to be filed in the United States Supreme Court on September 29;
- Presenting oral argument to the Texas Supreme Court in *Office of the Attorney General v. PFLAG, Inc.*, No. 24-0892 (Tex.), on October 7;

- Presenting oral argument to the Texas Supreme Court in *Hancock v. RJR Vapor, Inc.*, No. 24-0052 (Tex.), on October 8;
- An opening brief in *Lucid Group v Johnston*, No. 25-50319 (5th Cir.), due to be filed in this Court on October 15.

4.  In addition to briefing and argument obligations, counsel for Appellants have numerous prelitigation, oversight, and managerial responsibilities and continues to be staffed on other public and private litigation and advisory matters throughout the Office of the Attorney General.

5.  The extension is sought in the interest of justice, not for delay, and no party will be prejudiced if this unopposed request for an extension of time is granted. Indeed, Appellants proposed schedule above also gives Appellees a commensurate extension of time to file their supplemental en banc brief. And such a modified briefing schedule would still permit this Court to hold oral argument during the week of January 19, 2026. This is Appellants' first request for an extension of this deadline, and Appellees are unopposed and consent to the requested extension.

## Conclusion

For the foregoing reasons, Appellants respectfully request that the Court grant their motion for a modest fourteen-day extension of the due date for their supplemental en banc brief, making that brief due on October 13. Appellants also respectfully request that the Court reset the briefing schedule for Appellees' supplemental en banc brief for November 26

                          Respectfully submitted.

| | |
|---|---|
| Ken Paxton<br>Attorney General of Texas | /s/ William R. Peterson<br>William R. Peterson<br>Solicitor General<br>William.Peterson@oag.texas.gov |
| Brent Webster<br>First Assistant Attorney General | William F. Cole<br>Principal Deputy Solicitor General |
| Office of the Attorney General<br>P.O. Box 12548 (MC 059)<br>Austin, Texas 78711-2548<br>Tel.: (512) 936-1700<br>Fax: (512) 474-2697 | Daniel M. Ortner<br>Assistant Solicitor General<br><br>*Counsel for Defendants-Appellants* |

## Certificate of Conference

On September 12, 2025, counsel for Appellants conferred with Cody Wofsy, counsel for Appellees, who informed me that Appellees are unopposed and consent to the relief requested in this motion.

/s/ William R. Peterson
William R. Peterson

## Certificate of Service

On September 12, 2025, this document was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that: (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned with the most recent version of Symantec Endpoint Protection and is free of viruses.

/s/ William R. Peterson
William R. Peterson

## Certificate of Compliance

This motion complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 848 words, excluding the parts of the brief exempted by Rule 32(f); and (2) the typeface requirements of Rule 27(d)(1)(e) because it has been prepared in a proportionally spaced typeface (14-point Equity) using Microsoft Word (the same program used to calculate the word count).

/s/ William R. Peterson
William R. Peterson