# United States Court of Appeals for the Fifth Circuit

———————————

No. 24-50149

———————————

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

*versus*

STATE OF TEXAS; GREG ABBOTT, *in his official capacity as Governor of Texas*; TEXAS DEPARTMENT OF PUBLIC SAFETY; FREEMAN F. MARTIN, *in his official capacity as Director of Texas Department of Public Safety,*

*Defendants—Appellants,*

———————————————————————

LAS AMERICAS IMMIGRANT ADVOCACY CENTER; AMERICAN GATEWAYS; COUNTY OF EL PASO, TEXAS,

*Plaintiffs—Appellees,*

*versus*

FREEMAN F. MARTIN, *in his official capacity as Director of the State of Texas Department of Public Safety,*

*Defendants—Appellants.*

United States Court of Appeals
Fifth Circuit

**FILED**

September 19, 2025

Lyle W. Cayce
Clerk

No. 24-50149

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:24-CV-8
USDC No. 1:23-CV-1537

_____

ORDER:

IT IS ORDERED that Appellants' unopposed motion to extend time to file a supplemental brief, for 14 days, to and including October 14, 2025, is GRANTED.

IT IS FURTHER ORDERED that, consistent with the Appellants' motion, the deadline for the Appellees' supplemental brief is set for November 26, 2025.

/s/ Jennifer W. Elrod
JENNIFER WALKER ELROD
*Chief Judge*