No. 24-50149

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

STATE OF TEXAS; GREG ABBOTT, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF TEXAS; TEXAS DEPARTMENT OF PUBLIC SAFETY; FREEMAN F. MARTIN, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF TEXAS DEPARTMENT OF PUBLIC SAFETY,

*Defendants-Appellants.*

LAS AMERICAS IMMIGRANT ADVOCACY CENTER; AMERICAN GATEWAYS; COUNTY OF EL PASO, TEXAS,

*Plaintiffs-Appellees,*

v.

FREEMAN F. MARTIN, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE STATE OF TEXAS DEPARTMENT OF PUBLIC SAFETY,

*Defendants-Appellants.*

On appeal from the United States District Court
for the Western District of Texas

## UNITED STATES' MOTION TO FILE AMICUS BRIEF IN SUPPORT OF APPELLANTS AND FOR AN EXTENSION OF TIME TO FILE IN LIGHT OF THE LAPSE OF APPROPRIATIONS

BRETT A. SHUMATE
  *Assistant Attorney General*

ERIC MCARTHUR
  *Deputy Assistant Attorney General*

MARK R. FREEMAN
BENJAMIN HAYES
  *Attorneys*
  *Civil Division*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(202) 305-1754*

## CERTIFICATE OF INTERESTED PARTIES

*Amicus Curiae* is a governmental entity. Under Fifth Circuit Rule 28.2.1, a certificate of interested parties is not required.

# MOTION FOR LEAVE TO FILE AMICUS BRIEF AND FOR AN EXTENSION OF TIME TO FILE AMICUS BRIEF

Pursuant to Federal Rule of Civil Procedure 27, the United States respectfully moves for leave to file an amicus brief in support of Appellants in this case and for an extension of the deadline to file the amicus brief in light of the lapse in appropriations. In support of this motion, the Government states as follows:

1.  The United States has a significant interest in participating in this proceeding as amicus curiae to address important issues addressing the federal immigration laws and the ability of states to adopt complementary legislation. In this case, the district court held that a Texas law (Senate Bill 4) addressing illegal immigration is facially preempted and entered a preliminary injunction. *United States v. Texas*, 719 F. Supp. 3d 640 (W.D. Tex. 2024). A panel of this Court affirmed, *Unted States v. Texas*, 144 F.4th 632 (5th Cir. 2025), and this Court granted rehearing en banc, *see* Dkt. 332-1. The United States respectfully submits that its participation as amicus curiae on a matter affecting significant federal interests would aid the Court's resolution of this case. The United States has previously submitted amicus briefs addressing the legal issues raised in this appeal. *See, e.g.*, *Florida Immigrant Coalition, et al. v. Attorney General, State of Florida*, No. 25-11469 (11th Cir.) (filed July 7, 2025); *Padres Unidos de Tulsa, et al. v. Gentner Drummond*, No. 25-6080 (10th Cir.) (filed Sept. 5, 2025). Accordingly, the United States requests leave to file an amicus brief in support of Appellants in this appeal.

2.  The United States also moves for an extension of the deadline to file the

amicus brief in light of the lapse in appropriations.

3. Appellants filed their supplemental brief on October 13, 2025. Dkt. 360.

4. Under Fed. R. App. P. 29(a)(6) and 5th Cir. R. 29.1, any amicus brief in support of Appellants must be filed within 7 days of the filings of Appellants' supplemental brief—*i.e.*, by October 20, 2025.

5. The United States is considering whether to file an amicus brief in support of Appellants in this appeal.

6. At the end of the day on September 30, 2025, the appropriations act that funded the Department of Justice expired and appropriations to the Department of Justice lapsed. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

7. Accordingly, the United States respectfully requests an extension of its deadline to file an amicus curiae brief in support of Appellants until 7 days after the lapse in appropriations ends. The Government will need this additional time following the end of the lapse in appropriations to restart regular government operations and finalize the brief for filing.

8. Counsel for Appellants consent to the requested extension. Counsel for Appellees take no position on the motion for an extension. Counsel for Appellees requested, if the motion is granted, and if the amicus brief is filed on or after November

12, 2025, that they be afforded 14 days from the date the amicus brief is filed to submit a response if they wish to do so.

## CONCLUSION

The United States respectfully requests leave to file an amicus brief in support of Appellants in this appeal and requests an extension of its deadline to file the amicus brief until 7 days after the lapse in appropriations ends and Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted,

BRETT A. SHUMATE
   *Assistant Attorney General*
ERIC MCARTHUR
   *Deputy Assistant Attorney General*

 *s/ Benjamin Hayes*
MARK R. FREEMAN
BENJAMIN HAYES
   *Attorneys*
   *Civil Division*
   *U.S. Department of Justice*
   *950 Pennsylvania Avenue NW*
   *Washington, DC 20530*
   *(202) 514-1754*
   *Benjamin.T.Hayes@usdoj.gov*

October 2025

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2) because it contains 605 words. This motion also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared using Word for Microsoft 365 in Garamond 14-point font, a proportionally spaced typeface.

*s/ Benjamin Hayes*
Benjamin Hayes

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2025, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system. Service will be accomplished by the appellate CM/ECF system.

*s/ Benjamin Hayes*
Benjamin Hayes