No. 24-50149
# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | On Appeal from the |
| Plaintiff-Appellee, | : | United States District Court |
| | : | for the Western District of |
| v. | : | Texas |
| STATE OF TEXAS; GREG ABBOTT, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF TEXAS; TEXAS DEPARTMENT OF PUBLIC SAFETY; STEVEN C. MCCRAW, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF TEXAS DEPARTMENT OF PUBLIC SAFETY, | : : : : : : : : | District Court Case Nos. 1:24-cv-8 1:23-cv-1537 |
| Defendants-Appellants. | : : | |

## MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE*

ALAN WILSON
South Carolina Attorney General

THOMAS T. HYDRICK
Solicitor General
JOSEPH D. SPATE
Deputy Solicitor General
1000 Assembly St.
Columbia, SC 29201
803-734-3371
josephspate@scag.gov

DAVE YOST
Ohio Attorney General

MATHURA J. SRIDHARAN*
Solicitor General
 **Counsel of Record*
LAYNE H. TIESZEN
Deputy Solicitor General
30 E. Broad St., 17th Fl.
Columbus, Ohio 43215
614-466-8980
Mathura.Sridharan@OhioAGO.gov

*Counsel for Amici Curiae States*
*Additional counsel listed alongside signature block*

## MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE*

The States of Ohio, South Carolina, Alabama, Alaska, Arkansas, Florida, Georgia, Idaho, Indiana, Iowa, Kansas, Louisiana, Mississippi, Missouri, Nebraska, North Dakota, Oklahoma, South Dakota, Tennessee, West Virginia, and Wyoming move the Court for leave to file this amicus brief at the *en banc* merits stage. This motion is perhaps unnecessary, as States need not seek leave to file *amici curiae* briefs during either initial consideration of a case on the merits, F.R.A.P. 29(a)(2), or during consideration of whether to grant rehearing, F.R.A.P. 29(b)(2). But because the rules do not expressly permit *amicus* briefs at the *en banc* merits stage, the States respectfully move for leave.

*Amici* States bear the brunt of the significant economic, health, and public safety issues generated by the historic national immigration crisis that our country has seen. The States have an obligation to their citizens to see that it is addressed. Additionally, there are important federalism concerns raised in this case that States have a unique interest in and should be given the opportunity to address. Thus, the *amici* States have a strong interest in, and relevant knowledge about, the questions presented in this case.

For these reasons, this Court should grant the States' motion for leave.

<div style="display: flex;">

<div>

ALAN WILSON
South Carolina Attorney General

THOMAS T. HYDRICK
Solicitor General
JOSEPH D. SPATE
Deputy Solicitor General
1000 Assembly St.
Columbia, SC 29201
803-734-3371
josephspate@scag.gov

</div>

<div>

DAVE YOST
Ohio Attorney General

*/s/ Mathura J. Sridharan*
MATHURA J. SRIDHARAN*
Solicitor General
 *Counsel of Record*
LAYNE H. TIESZEN
Deputy Solicitor General
30 E. Broad St., 17th Fl.
Columbus, Ohio 43215
614-466-8980
Mathura.Sridharan@OhioAGO.gov

</div>

</div>

*Counsel for Amici Curiae States*

## ADDITIONAL COUNSEL

STEVE MARSHALL
Alabama Attorney General

STEPHEN J. COX
Alaska Attorney General

TIM GRIFFIN
Arkansas Attorney General

JAMES UTHMEIER
Florida Attorney General

CHRISTOPHER M. CARR
Georgia Attorney General

RAÚL R. LABRADOR
Idaho Attorney General

THEODORE E. ROKITA
Indiana Attorney General

BRENNA BIRD
Iowa Attorney General

KRIS KOBACH
Kansas Attorney General

LIZ MURRILL
Louisiana Attorney General

LYNN FITCH
Mississippi Attorney General

CATHERINE L. HANAWAY
Missouri Attorney General

MICHAEL T. HILGERS
Nebraska Attorney General

DREW H. WRIGLEY
North Dakota Attorney General

GENTNER DRUMMOND
Oklahoma Attorney General

MARTY JACKLEY
South Dakota Attorney General

JONATHAN SKRMETTI
Tennessee Attorney General
and Reporter

JOHN B. MCCUSKEY
West Virginia Attorney General

KEITH G. KAUTZ
Wyoming Attorney General

## CERTIFICATE OF COMPLIANCE

I hereby certify, in accordance with Rule 32(g) of the Federal Rules of Appellate Procedure, that this motion complies with the type-volume requirements and contains 210 words. *See* Fed. R. App. P. 27(d)(2)(A).

I further certify that this brief complies with the typeface requirements of Federal Rule 32(a)(5) and the type-style requirements of Federal Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Equity font.

*/s/ Mathura J. Sridharan*
Mathura J. Sridharan
Ohio Solicitor General

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2025, the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                        */s/ Mathura J. Sridharan*
                                        Mathura J. Sridharan
                                        Ohio Solicitor General