No. 24-50149

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States of America,

                Plaintiff-Appellee,

v.

State of Texas; Greg Abbott, in his official capacity as Governor of Texas; Texas Department of Public Safety; Freeman F. Martin, in his official capacity as Director of Texas Department of Public Safety,

                Defendants-Appellants.

Las Americas Immigrant Advocacy Center; American Gateways; County of El Paso, Texas,

                Plaintiffs-Appellees,

v.

Freeman F. Martin, in his official capacity as Director of the State of Texas Department of Public Safety,

              Defendants-Appellants.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

UNOPPOSED MOTION FOR LEAVE TO FILE EN BANC BRIEF FOR *AMICUS CURIAE* FEDERATION FOR AMERICAN IMMIGRATION REFORM IN SUPPORT OF APPELLANTS

*Counsel Listed on Next Page*

**MATT A. CRAPO**
**CHRISTOPHER J. HAJEC**
**Federation for American Immigration Reform**
**25 Massachusetts Ave., NW, Suite 330**
**Washington, DC 20001**
**Telephone: (202) 328-7004**
**mcrapo@fairus.org**
**chajec@fairus.org**

**Attorneys for *Amicus Curiae***
**Federation for American Immigration Reform**

**SUPPLEMENTAL STATEMENT OF INTERESTED PERSONS**

Pursuant to Fifth Circuit Rule 28.2.1 and Fed. R. App. P. 26.1, undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualification or recusal.:

1) For non-governmental corporate parties please list all parent corporations: None.

2) For non-governmental corporate parties please list all publicly held companies that hold 10% or more of the party's stock: None.

3) The following entity has an interest in the outcome of this case: Federation for American Immigration Reform.

DATED: October 20, 2025           Respectfully submitted,

/s/ Matt Crapo
MATT A. CRAPO
Attorney for *Amicus Curiae*
Federation for American Immigration Reform

Movant Federation for American Immigration Reform ("FAIR") respectfully requests the Court's permission to file the attached en banc brief as *amicus curiae* in support of Appellants. Counsel for both Appellants and Appellees have stated in writing that they do not oppose this motion.

FAIR is a non-profit 501(c)(3) public interest organization dedicated to informing the public about the effects of both unlawful and lawful immigration, and to defending in court the interests of Americans in limiting overall immigration, enhancing border security, and ending illegal immigration. FAIR's former supporting organization, Immigration Reform Law Institute ("IRLI"), which has now been integrated into FAIR, filed an *amicus* brief in support of Appellants before the merits panel. *See* ECF Doc. 107-1.

FAIR seeks leave to file the attached en banc brief to bring several relevant matters to the full Court's attention:

- The scope and nature of the states' reserved power of self-defense as recognized in Article I, section 10, of the Constitution.

- The extent and scope of judicial review of a state's exercise of its constitutional power to repel an actual invasion.

- Whether laws enacted by Congress can bind or preempt a state's valid exercise of its constitutional power to repel an invasion.

These issues are relevant to this Court's decision on appeal, and thus the accompanying brief may aid the Court.

For the foregoing reasons, FAIR requests that the Court grant this motion for leave to file the accompanying en banc brief as *amicus curiae.*

DATED: October 20, 2025		Respectfully submitted,

/s/ Matt Crapo
MATT A. CRAPO
CHRISTOPHER J. HAJEC
Federation for American Immigration Reform
25 Massachusetts Ave., NW, Suite 330
Washington, DC  20001
Telephone: (202) 328-7004
mcrapo@fairus.org
chajec@fairus.org

Attorneys for *Amicus Curiae*
Federation for American Immigration Reform

## CERTIFICATE OF SERVICE

I certify that on October 20, 2025, I electronically filed the foregoing motion for leave to file an en banc *amicus* brief with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

/s/ Matt Crapo

## CERTIFICATE OF COMPLIANCE

The foregoing motion complies with Fed. R. App. P. 27(d)(2)(A) because it contains 242 words, as measured by Microsoft Word software. The motion also complies with the typeface and style requirements of Fed. R. App. P. 32(a)(5) & 32(a)(6) because it has been prepared in a proportionally spaced, Roman-style typeface of 14 points or more.

DATED: October 20, 2025                Respectfully submitted,

/s/ Matt Crapo