# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 21, 2025
Lyle W. Cayce
Clerk

No. 24-50149

United States of America,

*Plaintiff—Appellee*,

versus

State of Texas; Greg Abbott, *in his official capacity as Governor of Texas*; Texas Department of Public Safety; Freeman F. Martin, *in his official capacity as Director of Texas Department of Public Safety*,

*Defendants—Appellants*,

───────────────────────────────

Las Americas Immigrant Advocacy Center; American Gateways; County of El Paso, Texas,

*Plaintiffs—Appellees*,

versus

Freeman F. Martin, *in his official capacity as Director of the State of Texas Department of Public Safety*,

*Defendants—Appellants*.

No. 24-50149

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:24-CV-8
USDC No. 1:23-CV-1537

---

ORDER:

IT IS ORDERED that the United States' motion for leave to file an amicus curiae brief in support of appellants is GRANTED.

IT IS FURTHER ORDERED that the United States' motion for an extension of time to file the amicus curiae brief until seven (7) days after the lapse in appropriations ends is DENIED. The United States is granted a 14-day extension and may file a brief on or before November 3, 2025.

      /s/ Jennifer W. Elrod
      JENNIFER WALKER ELROD
      *United States Chief Judge*