

P.O. Box 219
Alamo, TX 78516
P: 956-787-8171 | F: 956-787-6348
txcivilrights.org

October 21, 2025

*Via CM/ECF*

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit

    Re:    No. 24-50149, *USA v. State of Texas, et al.*

Dear Mr. Cayce:

    I write to advise the Court of my withdrawal as counsel for Appellees American Gateways and Las Americas Immigrant Advocacy Center in the above-referenced matter as I am leaving my employment with the Texas Civil Rights Project. Attorney Daniel Hatoum will remain counsel for these parties.

                              Respectfully submitted,

                              /s/ Erin D. Thorn
                            Erin D. Thorn
                            Staff Attorney

cc:    All counsel of record (via CM/ECF)