# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 23, 2025
Lyle W. Cayce
Clerk

No. 24-50149

United States of America,

*Plaintiff—Appellee*,

versus

State of Texas; Greg Abbott, *in his official capacity as Governor of Texas*; Texas Department of Public Safety; Freeman F. Martin, *in his official capacity as Director of Texas Department of Public Safety*,

*Defendants—Appellants*,

_____

Las Americas Immigrant Advocacy Center; American Gateways; County of El Paso, Texas,

*Plaintiffs—Appellees*,

versus

Freeman F. Martin, *in his official capacity as Director of the State of Texas Department of Public Safety*,

*Defendants—Appellants*.

No. 24-50149

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:24-CV-8
USDC No. 1:23-CV-1537

---

ORDER:

IT IS ORDERED that the States of Ohio, South Carolina, Alabama, Alaska, Arkansas, Florida, Georgia, Idaho, Indiana, Iowa, Kansas, Louisiana, Mississippi, Missouri, Nebraska, North Dakota, Oklahoma, South Dakota, Tennessee, West Virginia, and Wyoming motion for leave to file an amicus curiae brief in support of the Appellants is GRANTED.

IT IS FURTHER ORDERED that the America First Policy Institute unopposed motion for leave to file an amicus curiae brief in support of the Appellants is GRANTED.

IT IS FURTHER ORDERED that the Federation for American Immigration Reform unopposed motion for leave to file an amicus curiae brief in support of the Appellants is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion of America's Future, Gun Owners of America, Inc., Gun Owners Foundation, Gun Owners of California, Tennessee Firearms Association, Tennessee Firearms Foundation, Citizens United, Citizens United Foundation, The Presidential Coalition, The Senior Citizens League, U.S. Constitutional Rights Legal Defense Fund, and Conservative Legal Defense and Education Fund for leave to adopt their previously filed amici curiae brief in support of the Appellants and for reversal, for the Court's consideration, is GRANTED.

No. 24-50149

/s/ Jennifer W. Elrod
JENNIFER WALKER ELROD
*United States Chief Judge*