# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 23, 2025

Mr. William Jeffrey Olson
William J. Olson, P.C.
370 Maple Avenue, W.
Vienna, VA 22180-5615

    No. 24-50149   USA v. State of Texas
                      USDC No. 1:24-CV-8
                      USDC No. 1:23-CV-1537

Dear Mr. Olson,

You must submit the 22 paper copies of your *amici curiae* brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. The copies should contain green durable covers.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Mary Frances Yeager, Deputy Clerk
                              504-310-7686

cc:  Ms. Munera Al-Fuhaid
     Mr. Spencer Amdur
     Mr. Anand Balakrishnan
     Mr. Maxwell A. Baldi
     Mr. Brian Boynton
     Mr. Monroe David Bryant Jr.
     Mr. William Francis Cole
     Mr. Matt A. Crapo
     Mr. Bernardo Rafael Cruz
     Ms. Susanna Dokupil
     Mr. David A. Donatti
     Mr. Lee P. Gelernt
     Mr. Daniel Hatoum
     Mr. Benjamin Timothy Hayes
     Ms. Amy Snow Hilton
     Ms. Kathryn Huddleston

```
Mr. Omar C. Jadwat
Ms. Jean Lin
Ms. Sinead Mary O'Carroll
Mr. Daniel Ortner
Mr. Leif Eric Overvold
Mr. William R. Peterson
Ms. Adriana Cecilia Pinon
Mr. Jacob Przada
Mr. Samuel M. Shapiro
Ms. Mathura Sridharan
Mr. Kyle Tebo
Mr. Daniel Bentele Hahs Tenny
Mr. Ryan Daniel Walters
Mr. Cody Wofsy
```