# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

| | |
|---|---|
| **LYLE W. CAYCE**<br>**CLERK** | **TEL. 504-310-7700**<br>600 S. MAESTRI PLACE,<br>Suite 115<br>NEW ORLEANS, LA 70130 |

October 30, 2025

Mr. Benjamin Timothy Hayes
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Ms. Mathura Sridharan
Office of the Attorney General
for the State of Ohio
30 E. Broad Street
Columbus, OH 43215-3428

    No. 24-50149    USA v. State of Texas
                          USDC No. 1:24-CV-8
                          USDC No. 1:23-CV-1537

Dear Mr. Hayes and Ms. Sridharan,

We have reviewed your electronically filed *amici curiae* briefs and they are sufficient.

You must each submit the 22 paper copies of your briefs required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. The briefs should contain green durable covers with spiral binding.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Mary Frances Yeager, Deputy Clerk
                          504-310-7686

cc:  Ms. Munera Al-Fuhaid
     Mr. Spencer Amdur
     Mr. Anand Balakrishnan
     Mr. Maxwell A. Baldi
     Mr. Brian Boynton

Mr. Monroe David Bryant Jr.
Mr. William Francis Cole
Mr. Matt A. Crapo
Mr. Bernardo Rafael Cruz
Ms. Susanna Dokupil
Mr. David A. Donatti
Mr. Lee P. Gelernt
Mr. Daniel Hatoum
Ms. Amy Snow Hilton
Ms. Kathryn Huddleston
Mr. Omar C. Jadwat
Ms. Jean Lin
Ms. Sinead Mary O'Carroll
Mr. William Jeffrey Olson
Mr. Daniel Ortner
Mr. Leif Eric Overvold
Mr. William R. Peterson
Ms. Adriana Cecilia Pinon
Mr. Jacob Przada
Mr. Samuel M. Shapiro
Mr. Kyle Tebo
Mr. Daniel Bentele Hahs Tenny
Mr. Ryan Daniel Walters
Mr. Cody Wofsy