No. 24-50149

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

STATE OF TEXAS; GREG ABBOTT, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF TEXAS; TEXAS DEPARTMENT OF PUBLIC SAFETY; FREEMAN F. MARTIN, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF TEXAS DEPARTMENT OF PUBLIC SAFETY,

Defendants-Appellants.

LAS AMERICAS IMMIGRANT ADVOCACY CENTER; AMERICAN GATEWAYS; COUNTY OF EL PASO, TEXAS,

Plaintiffs-Appellees,

v.

FREEMAN F. MARTIN, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE STATE OF TEXAS DEPARTMENT OF PUBLIC SAFETY, et al.

Defendants-Appellants.

On appeal from the United States District Court for the Western District of Texas

**CONSENT MOTION OF THE AMERICAN IMMIGRATION LAWYERS ASSOCIATION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* SUPPORTING APPELLEES AND AFFIRMANCE**

Jonathan Weinberg
Wayne State University Law School
471 West Palmer Street
Detroit, MI 48202
(313) 577-4015
weinberg@wayne.edu

Alexandra Lampert
Brooklyn Defender Services

Justin Cox
Law Office of Justin B. Cox
P.O. Box 1106
Hood River, OR 97031
(541) 716-1818
justin@jcoxconsulting.org
*Counsel of record*

177 Livingston St., 7th Floor
Brooklyn, NY 11201
(347) 977-7701
alampert@bds.org

Karen Tumlin
Justice Action Center
P.O. Box 27280
Los Angles, CA 90027
(323) 450 7271
Karen.Tumlin@justiceactioncenter.org

*Counsel for Amicus Curiae*

**CONSENT MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE***

The American Immigration Lawyers Association ("AILA") respectfully moves for leave to file the attached amicus brief. AILA, founded in 1946, is a national, nonpartisan, nonprofit association with more than 18,000 members throughout the United States and abroad, including lawyers and law school professors who practice and teach in the field of immigration and nationality law. AILA seeks to promote justice, advocate for fair and reasonable immigration law and policy, and advance the quality of immigration and nationality law and practice. AILA's members practice regularly before the Department of Homeland Security, immigration courts, and Board of Immigration Appeals, as well as before the federal courts. AILA has participated as amicus curiae in numerous cases before the U.S. Courts of Appeals and the U.S. Supreme Court.

Movant attempted to file their brief as *amicus curiae* on November 25, 2025, but overlooked the requirement that it be accompanied by a motion at the *en banc* stage. Although the Federal Rules of Appellate Procedure do not expressly set a timeline for amicus briefs at the *en banc* merits stage, both Rule 29(a)(6) specifies that the filing of an *amicus curiae* brief during initial consideration of the merits should be filed 7 days after the filing of the principal brief of the party supported and Rule 29(b)(5) of the Federal Rules of Appellate Procedure provides that an *amicus curiae* brief must be filed "no later than 7 days after the petition is filed." Given that movant timely attempted to file the *amicus curiae* brief within this 7-day window, movant respectfully request that this Court accept its brief, as the parties will not be prejudiced by this procedural error.

Beyond that, the attached amicus brief complies with the Federal Rules of Appellate Procedure, as well as the applicable Internal Operating Procedures of the Court, including with respect to content and form and with respect to length, as the brief is no more than 6,500 words.

Before their attempt to file their brief on November 25, counsel for movants contacted counsel for Appellants and Appellees, all of whom consented to the filing of this amicus brief.

## CONCLUSION

For the reasons articulated above, movant respectfully requests that the Court grant this consent motion for leave to file the enclosed brief as *amicus curiae*.

DATE: December 3, 2025         Respectfully submitted,

/s/ Justin Cox
Justin Cox
Law Office of Justin B. Cox
P.O. Box 1106
Hood River, OR 97031
(541) 716-1818
justin@jcoxconsulting.org
*Counsel of record*

Karen Tumlin
Justice Action Center
P.O. Box 27280
Los Angeles, CA 90027
(323) 450-7271
Karen.Tumlin@justiceactioncenter.org

Jonathan Weinberg

2

Wayne State University Law School
471 West Palmer Street
Detroit, MI 48202
(313) 577-4015
weinberg@wayne.edu

Alexandra Lampert
Brooklyn Defender Services
177 Livingston St., 7th Floor
Brooklyn, NY 11201
(347) 977-7701
alampert@bds.org

*Counsel for Amicus Curiae*

## CERTIFICATE OF COMPLIANCE

I certify that this document complies with the type-volume limitation of Rule 27(d)(2) because it contains 406 words and complies with the typeface and style requirements of Rule 32(a)(5) and (a)(6) because it was prepared in Microsoft Word using 14-point Garamond typeface.

DATE: December 3, 2025
/s/ Justin Cox
Justin Cox
justin@jcoxconsulting.org
*Counsel for Amicus Curiae*

## CERTIFICATE OF SERVICE

I certify that, on December 3, 2025, a true and correct copy of this document was transmitted to the Clerk of the United States Court of Appeals for the Fifth Circuit via the Court's CM/ECF document filing system, and on all counsel of record.

/s/ Justin Cox
Justin Cox
justin@jcoxconsulting.org
*Counsel for Amicus Curiae*