# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 08, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-50149   USA v. State of Texas
                   USDC No. 1:24-CV-8
                   USDC No. 1:23-CV-1537

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Lisa E. Ferrara, Deputy Clerk
504-310-7675

Ms. Munera Al-Fuhaid
Mr. Spencer Amdur
Mr. Anand Balakrishnan
Mr. Maxwell A. Baldi
Mr. Brian Boynton
Mr. Monroe David Bryant Jr.
Mr. William Francis Cole
Mr. Justin Cox
Mr. Matt A. Crapo
Mr. Bernardo Rafael Cruz
Ms. Susanna Dokupil
Mr. David A. Donatti
Mr. Lee P. Gelernt
Ms. Kate Gibson Kumar
Mr. Garrett M. Greene
Mr. Daniel Hatoum
Mr. Benjamin Timothy Hayes
Ms. Amy Snow Hilton
Ms. Kathryn Huddleston
Mr. Omar C. Jadwat
Ms. Jean Lin
Ms. Sinead Mary O'Carroll
Mr. William Jeffrey Olson
Mr. Daniel Ortner
Mr. Leif Eric Overvold
Mr. William R. Peterson
Ms. Adriana Cecilia Pinon
Mr. Jacob Przada

Mr. Samuel M. Shapiro
Ms. Mathura Sridharan
Mr. Kyle Tebo
Mr. Daniel Bentele Hahs Tenny
Mr. Ryan Daniel Walters
Mr. Cody Wofsy