# ORAL ARGUMENT ACKNOWLEDGMENT FORM

**U.S. COURT OF APPEALS FOR THE FIFTH CIRCUIT, 600 S. Maestri Place, New Orleans, LA 70130**
**(504) 310-7700**

I, William R. Peterson
(Full Name)

as arguing counsel, acknowledge receiving notice that the below case has been scheduled for oral argument with the United States Court of Appeals for the Fifth Circuit.

24-50149         USA                          v.  Texas
(Case Number)                              (Short Title)

is scheduled for oral argument at   9:00 am   on   January 22, 2026   located in the
                                    (Time)              (Date)

John Minor Wisdom United States Court of Appeals Building 600 Camp Street New Orleans, LA 70130
(Location)

/s/  William R. Peterson                                      January 5, 2026
          (Signature)                                              (Date)

---

**List all parties being represented for argument and select the party type**

State of Texas, Greg Abbott in his official capacity as Governor of Texas,
Texas Department of Public Safety Freeman F. Martin, in his official capacity
as Director of Texas Department of Public Safety

| ☒ Appellant | ☐ Appellee | ☐ Cross Appellant | ☐ Cross Appellee | ☐ Amicus | ☐ Intervenor |

According to this court's rules, a cross or separate appeal will be argued with the initial appeal during the same argument, unless the court directs otherwise. If a case involves a cross appeal, the party who first files a notice of appeal is considered the appellant unless the parties otherwise agree or the court directs otherwise. If separate appellants support the same argument, they are to avoid duplication of argument.

THE ORDER OF PRESENTATION & DIVISION OF ORAL ARGUMENT TIME WILL BE AS FOLLOWS:

| | (Counsel Name) | (Time in Minutes) | (Rebuttal Time)* |
|---|---|---|---|
| #1 | William R. Peterson | 25 | 5 |
| #2 | | | |
| #3 | | | |
| #4 | | | |
| #5 | | | |

SESSION #  EB

*Rebuttal time for appellants only. The court prefers no more than 5 minutes for rebuttal.

[PRINT TO PDF]        [RESET FORM]

Revised 04/2023                                    Form OA-001