# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 12, 2026

Mr. William R. Peterson
Office of the Attorney General
for the State of Texas
209 W. 14th Street
Price Daniels Senior Building
Austin, TX 78701-1614

    No. 24-50149   USA v. State of Texas
                        USDC No. 1:24-CV-8
                        USDC No. 1:23-CV-1537

Dear Mr. Peterson,

You must submit the 22 paper copies of your supplement brief via overnight mail for next day delivery.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Lisa E. Ferrara, Deputy Clerk
                                    504-310-7675

cc:
    Ms. Munera Al-Fuhaid
    Mr. Spencer Amdur
    Mr. Anand Balakrishnan
    Mr. Maxwell A. Baldi
    Mr. Brian Boynton
    Mr. Monroe David Bryant Jr.
    Mr. William Francis Cole
    Mr. Justin Cox
    Mr. Matt A. Crapo
    Mr. Bernardo Rafael Cruz
    Ms. Susanna Dokupil
    Mr. David A. Donatti
    Mr. Lee P. Gelernt
    Ms. Kate Gibson Kumar
    Mr. Garrett M. Greene
    Mr. Daniel Hatoum
    Mr. Benjamin Timothy Hayes

Ms. Amy Snow Hilton
Ms. Kathryn Huddleston
Mr. Omar C. Jadwat
Ms. Jean Lin
Ms. Sinead Mary O'Carroll
Mr. William Jeffrey Olson
Mr. Daniel Ortner
Mr. Leif Eric Overvold
Ms. Adriana Cecilia Pinon
Mr. Jacob Przada
Mr. Samuel M. Shapiro
Ms. Mathura Sridharan
Mr. Kyle Tebo
Mr. Daniel Bentele Hahs Tenny
Mr. Ryan Daniel Walters
Mr. Cody Wofsy