

# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

WILLIAM R. PETERSON  
Solicitor General

(512) 936-2834  
William.Peterson@oag.texas.gov

January 20, 2026

Via CM/ECF

Mr. Lyle W. Cayce, Clerk  
United States Court of Appeals for the Fifth Circuit  
600 S. Maestri Place  
New Orleans, LA 70130

Re: Response to Plaintiffs' Rule 28(j) Letter

Dear Mr. Cayce:

In *Bost v. Illinois State Board of Elections*, No. 24-568 (U.S. Jan. 14, 2026), the Supreme Court held that a political candidate "has a personal stake in the rules that govern the counting of votes in his election." 2026 WL 96707, at *3. "Candidates … are not 'mere bystanders' in their own elections." *Id.* at *4 (quoting *Diamond Alt. Energy, LLC v. EPA*, 606 U.S. 100, 110 (2025)). "They have an obvious personal stake in how the result is determined and regarded," *id.*, as well as in knowing "the will of the people," *id.* at *3 (quoting *Hotze v. Hudspeth*, 16 F.4th 1121, 1126 (5th Cir. 2021) (Oldham, J., dissenting)).

*Bost* reiterates that plaintiffs "cannot manufacture standing by voluntarily incurring costs." *Id.* at *5 (internal quotation marks omitted). It does not support Plaintiffs' contention that this rule is limited to "lobbying" costs and does not apply to costs to provide services. Pls.' Supp. En Banc Br. 12.

Justice Barrett's concurrence notes that standing can arise from mitigation taken to "avoid the substantial risk of a harm caused by a statute." *Id.* at *6 (Barrett, J., concurring) (internal quotation marks omitted). But, as the majority explains, it requires "some independent harm" to the plaintiff. *Id.* at *5. Plaintiffs are wrong to suggest that an organization acquires standing by providing services to "counteract [a] policy" with which it disagrees. Pls.' Supp. En Banc Br. 14.

Page 2

    Plaintiffs—bystanders to the enforcement of state laws against third parties—lack any personal stake equivalent to a candidate's stake in election rules.

                                         Respectfully submitted,

                                         /s/ William R. Peterson

                                       William R. Peterson
                                       Solicitor General

cc: Appellees' counsel (via CM/ECF)